IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

STAN LABER,

Plaintiff, vs.   Case No. 18-1351-JWB-GEB MARK T. ESPER, SECRETARY, UNITED STATES DEPARTMENT OF DEFENSE, Defendant.

**PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST PHASE TWO REQUEST FOR DOCUMENTS AND TO DEFENDANT'S PHASE TWO FIRST SET OF INTERROGATORIES**

Plaintiff, by and through pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure and the Local Rules of this Court, responds and objects to Defendant's discovery requests as titled above, as follows:

**Preliminary Statement**

1. Plaintiff's investigation and development of all facts and circumstances relating to this action is ongoing. These responses and objections are made without prejudice to, and are not a waiver of, Plaintiff's right to rely on other facts or documents at trial.

2. By making the accompanying responses and objections to Defendant's requests for documents and interrogatory, Plaintiff does not waive, and hereby expressly reserves, its right to assert any and all objections as to the admissibility of such responses into evidence in this action, or in any other proceedings, on any and all grounds including, but not limited to, competency, relevancy, materiality, and privilege. Further, Plaintiff makes the responses and objections herein without in any way implying that it considers the requests and interrogatory, and responses to the requests and interrogatory, to be relevant or material to the subject matter of this action.

3. Plaintiff will produce responsive documents only to the extent that such documents are in his possession, custody, or control as set forth in the Federal Rules of Civil Procedure. Plaintiff's possession, custody, or control does not include any constructive possession that may be conferred by Plaintiff's right or power to compel the production of documents or information from third parties.

4. A response to a document request or interrogatory stating that objections and/or indicating that documents will be produced shall not be deemed or construed that there are, in fact, responsive documents, that Plaintiff performed any of the acts described in the document

EXHIBIT

A

RESPONSE: Plaintiff has no responsive documents at this time.

## INTERROGATORIES

1. Identify all legal proceedings to which you have been a party, including any administrative actions, bankruptcy filings, civil actions, or criminal actions, and provide the date of the filing, the forum, the nature of the action, any case or claim number, your role in the matter, the outcome or current status of the matter, and identify whether you gave any sworn testimony and/or statements in conjunction with such proceedings.

ANSWER: Plaintiff objects as there is no time limitation, no relevancy, not proportional to the issues in the complaint, and overwhelming burdensome for Plaintiff to produce. Without waiving any objection, Plaintiff has been in involved in various EEO administrative actions with DCMA, ARMY, Air Force, Navy, National Guard, NGA, USDA, NSA, USACE, NNSA, and other agencies that he does not recall.  He has not been involved in any criminal actions. Plaintiff has filed complaints in US District Courts, Circuit Courts, and the Supreme Court. The only current suit is in the US District Court, Western District, against the Secretary of the Army, 520-cv-00456-OLG.

Plaintiff provided declarations for all of the EEO complaints.

Details and status are unknown, nor recalled, or and not retained by Plaintiff.  Defendant has access to commercial legal databases that can easily obtain the information and all details, including records. Plaintiff has no such access.

2. Identify all individuals you expect to testify on your behalf at any trial or hearing on the allegations in this case, including the general topics and the claims/charges on which you expect such individual(s) to testify.

ANSWER: Plaintiff has not yet identified any individuals.

3. For all vacancies listed in your Amended Complaint that were pending on January 9, 2015, or that you applied for after that date, identify all material facts supporting your contention that you were qualified for the position despite your status as a retired annuitant.

ANSWER: Plaintiff does not understand the words "despite your status as a retired annuitant".

4. With regard to paragraph 53 of your Amended Complaint, identify all questions you assert that you were asked that resulted in disparate impact based on age, including (1) the specific question you were asked, (2) when you were asked the question, (3) who asked the question, (4) how you answered the question, (5) which position(s)/job vacancy(ies) you were asked such questions in conjunction with, and (6) why you believe you such question(s) resulted in disparate impact.

ANSWER: Plaintiff is unable to recall all of the questions and is unable to answer until discovery is complete

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

STAN LABER,

Plaintiff, vs.   Case No. 18-1351-JWB-GEB

MARK T. ESPER, SECRETARY, UNITED STATES DEPARTMENT OF DEFENSE,

Defendant.

## DECLARATION

I, Stan Laber, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18, and I am competent in all respects to testify as to the matter contained in this declaration.

2. I am the Plaintiff in the above-captioned lawsuit, and I personally made the above and foregoing answers to Defendant's Phase Two First Set of Interrogatories and Request for Documents.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing answers to Defendant's Phase Two First Set of Interrogatories and Request for Documents are true and correct.

Executed on June 15, 2020

*Stan Laber*   Signature of Stan Laber