IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

STAN LABER,

Plaintiff, vs.   Case No. 18-1351-JWB-GEB MARK T. ESPER, SECRETARY, UNITED STATES DEPARTMENT OF DEFENSE, Defendant.

**PLAINTIFF'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST PHASE TWO REQUEST FOR DOCUMENTS AND TO DEFENDANT'S PHASE TWO FIRST SET OF INTERROGATORIES**

**Responses and Objections to Requests for Production**

1. All documents reviewed, referenced, or relied upon in preparing either your Complaint or Amended Complaint in this litigation.
RESPONSE: Plaintiff objects to the extent that it is overly broad and burdensome in that it assumes Plaintiff to have complete recall of his activities from nearly a year ago and seeks obviously irrelevant documents such as online templates and dictionaries and privileged notes. Without waiving this objection, Plaintiff believes he most likely used the ROI and OFO decisions and submissions from the administrative phase, all of which Defendant has in its possession. All documents used are in the administrative record which Defendant has. Plaintiff is unable to recall other documents but must have reviewed documents related to Mr. Pike and to Mr. Harbart. Plaintiff is not now able to locate these documents but will continue to seek them.
SUPPLEMENTAL RESPONSE: No responsive documents are currently withheld based on the stated objections. Plaintiff provides the following documents as responsive:
P2P-00000040-P2P-00000072 P2P-00000080-P2P-00002388 P2P-00002389-P2P-00003252 P2P-00003735-P2P-00003744

2. All documents reviewed, referenced, or relied upon in preparing your answers to Defendant's Phase Two First Set of Interrogatories, including any supplemental answers.
RESPONSE: Plaintiff hasn't fully answered any interrogatories yet.
SUPPLEMENTAL RESPONSE: No responsive documents are currently withheld based on the stated objections. Plaintiff provides the following documents as responsive:
P2P-00003571-P2P-00003630 P2P-00003631-P2P-00003631 P2P-00003632-P2P-00003657 P2P-00003658-P2P-00003661 P2P-00003662-P2P-00003675 P2P-00003676-P2P-00003734 P2P-00003748-P2P-00003756 P2P-00003757-P2P-00003757 P2P-00003758-P2P-00003758

3. All documents relating to your allegation that selecting officials and personnelists highlighted your application and profile on certificates of eligibility to show your age and/or your retirement status.
RESPONSE: Plaintiff recalls seeing certificates of eligibility where Plaintiff's name is labeled with "annuitant" or "re-hired annuitant".  All certificates are in Defendant's possession. Plaintiff will

EXHIBIT

B

INTERROGATORIES

1. Identify all legal proceedings to which you have been a party, including any administrative actions, bankruptcy filings, civil actions, or criminal actions, and provide the date of the filing, the forum, the nature of the action, any case or claim number, your role in the matter, the outcome or current status of the matter, and identify whether you gave any sworn testimony and/or statements in conjunction with such proceedings.
ANSWER: Plaintiff objects as there is no time limitation, no relevancy, not proportional to the issues in the complaint, is overwhelming burdensome for Plaintiff to produce information which he has not retained and have no relevance. Without waiving any objection, Plaintiff has been in involved in various EEO administrative actions with DCMA, ARMY, Air Force, Navy, National Guard, NGA, USDA, NSA, USACE, NNSA, and other agencies that he does not recall.  He has not been involved in any criminal actions. Plaintiff has filed complaints in US District Courts, Circuit Courts, and the Supreme Court. The only current suit is in the US District Court, Western District, against the Secretary of the Army, 520-cv-00456-OLG.  Plaintiff provided declarations for all of the EEO complaints.  Details and statuses are unknown, nor recalled, or not retained by Plaintiff.  Defendant has access to commercial legal databases that can easily obtain the information and all details, including records. Plaintiff has no such access.
SUPPLEMENTAL ANSWER: Plaintiff does not recall being party to any criminal, bankruptcy, or civil actions. Plaintiff is in the process preparing a list of administrative fora and cases. Documents at xx are provided as they reference various legal proceedings.

2. Identify all individuals you expect to testify on your behalf at any trial or hearing on the allegations in this case, including the general topics and the claims/charges on which you expect such individual(s) to testify.
ANSWER: Plaintiff has not yet identified any individuals.
SUPPLEMENTAL ANSWER: None.

3. For all vacancies listed in your Amended Complaint that were pending on January 9, 2015, or that you applied for after that date, identify all material facts supporting your contention that you were qualified for the position despite your status as a retired annuitant.
ANSWER: Plaintiff does not understand the words "despite your status as a retired annuitant".
SUPPLEMENTAL ANSWER: The facts that support Plaintiff's qualification for the position are that he at all times held competitive status and status as a US citizen enabled allowed him to apply, his experience, and his qualifications.  Defendant's assertion that Plaintiff's annuitant status as of January 10, 2015 affected his status or obviated these facts is Defendant's unsupported opinion.

4. With regard to paragraph 53 of your Amended Complaint, identify all questions you assert that you were asked that resulted in disparate impact based on age, including (1) the specific question you were asked, (2) when you were asked the question, (3) who asked the question, (4) how you answered the question, (5) which position(s)/job vacancy(ies) you were asked such questions in conjunction with, and (6) why you believe you such question(s) resulted in

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

STAN LABER,

Plaintiff, vs.    Case No. 18-1351-JWB-GEB

MARK T. ESPER, SECRETARY, UNITED STATES DEPARTMENT OF DEFENSE,

Defendant.

## **DECLARATION**

I, Stan Laber, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18, and I am competent in all respects to testify as to the matter contained in this declaration.

2. I am the Plaintiff in the above-captioned lawsuit, and I personally made the above and foregoing answers to Defendant's Phase Two First Set of Interrogatories and Request for Documents.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing answers to Defendant's Phase Two First Set of Interrogatories and Request for Documents are true and correct.

Executed on August 7, 2020

*Stan Laber*   Signature of Stan Laber