UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STAN LABER,

                        Plaintiff,

vs.                                             Case No.  18-1351-JWB-GEB

                                                          Jury Trial

LLOYD J. AUSTIN, III, SECRETARY,
UNITED STATES DEPARTMENT OF
DEFENSE,E,

                        Defendant.

## Supplement to Plaintiff's Rule 26(a) and Amended Disclosures

In accordance with FRCP 26(e) Supplementing Disclosures and Responses, Plaintiff hereby supplements and amends his initial disclosure dated August 20, 2019 as follows.

### A. Witnesses

*The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.*

RESPONSE:

Persons likely to have discoverable information may include, but may not be limited to, the following:

      a. Stan Laber, 321 S. Main Ave, Albany NY 12209, 702-981-2793, Plaintiff

EXHIBIT C

b. All employees and former employees of Defendant who considered, evaluated, referred, recommended, rated, reviewed, ranked, interviewed, or rejected Plaintiff who may have knowledge of Plaintiff's or other applicants' qualifications or allegations or Defendant's employment policies, claims, defenses, and practices related to Plaintiff's allegations, including their supervisors. All applicants for employment for similar vacancies in the same time period of the disputed vacancies. All persons who have provided sworn testimony or identified in email communications concerning these matters to date, to include the administrative phase.

c. Any and all persons who had communications with persons described in b. above or were otherwise aware of the Plaintiff's allegations or actions of the persons described in b. above relative to Plaintiff's allegations

d. Any and all of Plaintiff's former supervisors and colleagues who may have information regarding Plaintiff's qualifications, experience, training, education, or past performance.

e. Any and all of the government human resource personnelists who may have knowledge of the qualifications, pay, benefits, and incentives associated with the vacancies comprising Plaintiff's allegations, or Plaintiff or for the persons selected for the vacancies.

f. Any and all persons who have knowledge of the ESI systems associated with the funding, recruitment, tracking, administration, filling, or reporting on the hiring of persons for the vacancies associated with Plaintiff's allegations.

    g. Any and all persons selected for or who filled the vacancies associated with the allegations may have knowledge of their qualifications, benefits, and Defendant's practices.

    h. Defendant reserves the right to identify any other persons with knowledge based on discovery or other means.

    i. Any and all persons initially identified by Defendant, or subsequently designated by Plaintiff or Defendant in its disclosures or discovery or to which reference is made herein.

    j. Credibility witnesses, either family members or other persons who have a close relationship with Plaintiff, such that they could convey to the court that Plaintiff is someone who can be believed and trusted to be truthful.

    k. A more detailed list with names, contact information, and expected testimony topics will be available when ordered by the court, if other than the sames witnesses cited by Defendant.

### B. Documents

*A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.*

RESPONSE:

    a. Plaintiff references any and all documents produced or to be produced by Defendant or cited by Defendant's 26a disclosure,

b. Discovery continues and subsequent relevant documents may be produced by Plaintiff, Defendant, or both.

c. Plaintiff's privileged and non-privileged files concerning this case and the administrative proceedings that proceeded this case located at Plaintiff's home at 321 S. Main Ave., Albany NY, including both privileged and non-privileged documents.

d. Plaintiff requests any and all of Defendant's relevant ESI and other records associated with his allegations and claimed remedies cited in his amended Complaint.

e. All records regarding applicants for the vacancies comprising Plaintiff's allegations, records and notes related to applicant evaluations, applications, education, training, experience, certifications, eligibility for appointment, references, past performance, the disposition of applicants with the notices and emails, and suitability for each applicant, tentative selectee, or person(s) who was otherwise ultimately hired to fill a vacancy which Plaintiff sought and the bases for each disposition, the date of the disposition, rejection, documents relied upon, and the identity of the person(s) who made the decision(s).

f. All records associated with reference checks for any and all applicants for the vacancies at issue.

g. Copies of the following documents are identified by category, are available on the internet or have been provided by Defendant previously or in the future:

    h. Documents exchanged between Plaintiff and DCMA during the administrative phase of these matters and those issued by the EEOC.

    i. Relevant laws, rules, procedures, orders, handbooks, guidelines, policies instructions, opinions issued by the government, government agencies, and public and non-public organizations bearing on the claims and defenses of this suit.  Some of the specific sources included, but limited by, are DCMA, DoD, OPM, executive and judicial departments, GAO, AST, MSPN, NARA, EEOC OSC, courts, and commissions. Most of these documents are available on the internet/

    j. Plaintiff reserves the right to identify any other documents as they may become known during the course of discovery.

    k. Any documents produced by Defendant in the course of discovery in this case.

**C. Computation of Damages**

*A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.*

RESPONSE:

a. Plaintiff identifies all the categories of damages listed in his initial Complaint and Amended Complaint.

b. Plaintiff is currently representing himself but asserts damages for his costs and possible future attorney fees associated with this matter.

c. Plaintiff reserves his right to supplement this report when and if he becomes aware of additional categories of damages or if and when revealed during the course of these proceedings.

**D. Insurance Agreements**

*For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.*

RESPONSE: NOT APPLICABLE

**(2)(A) - Expert disclosures**

Plaintiff has used an expert forensic economist to help calculate his current and future economics losses.  Plaintiff anticipates that additional experts may be needed to respond to or augment past reports based on future findings of the court.

Plaintiff anticipates the need for an expert HR personnelist at trial to testify or

comment on HR and personnel matters, particularly in regard to DoD, DCMA, AST, OPM, MSPB, and the EEOC.

Respectfully Submitted,

*Stan Laber*

February 16, 2022.
Stan Laber, Plaintiff, Pro Se
321 S. Main Ave
Albany, NY 12209

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above has been emailed to Defendant on February 16, 2022.

Respectfully Submitted,

*Stan Laber*

Stan Laber, Plaintiff, Pro Se
321 S. Main Ave
Albany, NY 12209