| | |
|---|---|
| **From:** | S |
| **To:** | Macke, Sarah (USAKS) |
| **Cc:** | Allman, Chris (USAKS); Shaw, Tyson (USAKS); Brookreson, Steven (USAKS) |
| **Subject:** | RE: [EXTERNAL] Update to Plaintiff"s Rule 26a.pdf |
| **Date:** | Thursday, March 10, 2022 11:08:21 PM |

Sarah,
Sorry I missed including you.  Here is a more complete reply:

(1)   Will you delete the categories of witnesses in subsections (b) through (m) regarding identification of witnesses, which only categorically describe witnesses, without specific names?  Not at this time because new witnesses in these categories may be revealed in the future. For example, this may occur in dispositive motions, responses to motions, affidavits therein or at trial. Also, because Plaintiff has not been able to read every document in the record to date, any  do read may reveal either new witnesses or bases.

(2)   For witnesses you specifically name and which Defendant has previously named, will you confirm that the subjects of discoverable information each individual is likely to have and that you may use to support your claims or defenses are the same subjects listed by Defendant, and if not, agree to identify the additional information you believe such witnesses have? Not at this time, because Plaintiff has not yet been able to speak with every named witness. As previously stated, Plaintiff is agreeable to provide additional information for named witnesses but Plaintiff reserves the right to identify additional witnesses and bases that may become known at any time and through various means (dispositive motions, responses to motions, affidavits therein or at trial).

(3)   For witnesses you have identified by name and which Defendant has **not** previously named, will you provide the information requested by Rule 26(a)(1), including the discovery information each individual is likely to have and that you may use to support your claims or defenses (and contact information, if known), and further explain why you are identifying these individuals for the first time now? Yes. Plaintiff will still reserve the right to ask any witness at trial any question that is relevant regardless of Defendant's or Plaintiff's disclosure that identifies the expected testimony and subject area of testimony for that witness.

(4)   Will you remove the language attempting to preserve your ability to identify additional expert witnesses?  Not at this time because the need for another expert may arise in dispositive motions, responses to motions or affidavits therein, or at trial. Also, because Plaintiff has not been able to read every document in the record to date, any document he does read may reveal the need for another expert in a different subject area requiring different expertise. Also, because of the time that has passed, additional forensic economist expertise may be needed again.

Respectfully,
Stan Laber
703-981-2793

**From:** Macke, Sarah (USAKS) [mailto:Sarah.Macke@usdoj.gov]
**Sent:** Thursday, March 10, 2022 1:58 PM
**To:** S <6133164129463c@gmail.com>
**Cc:** Allman, Chris (USAKS) <Chris.Allman@usdoj.gov>; Shaw, Tyson (USAKS) <Tyson.Shaw@usdoj.gov>; Brookreson, Steven (USAKS) <Steven.Brookreson@usdoj.gov>



EXHIBIT
G

**Subject:** RE: [EXTERNAL] Update to Plaintiff's Rule 26a.pdf

Mr. Laber,

Tyson forwarded me your email as I was not included on your below response. While we appreciate that you are not opposed to providing more detail *where you know it*, you did not answer our questions and we are trying to confer with you on these issues before seeking judicial intervention. So again, we ask:

(1) Will you delete the categories of witnesses in subsections (b) through (m) regarding identification of witnesses, which only categorically describe witnesses, without specific names?
(2) For witnesses you specifically name and which Defendant has previously named, will you confirm that the subjects of discoverable information each individual is likely to have and that you may use to support your claims or defenses are the same subjects listed by Defendant, and if not, agree to identify the additional information you believe such witnesses have?
(3) For witnesses you have identified by name and which Defendant has ***not*** previously named, will you provide the information requested by Rule 26(a)(1), including the discovery information each individual is likely to have and that you may use to support your claims or defenses (and contact information, if known), and further explain why you are identifying these individuals for the first time now?
(4) Will you remove the language attempting to preserve your ability to identify additional expert witnesses?

Again, we appreciate your response to these questions by tomorrow morning.

Thank you,

**Sarah Burch Macke**
Assistant United States Attorney
United States Attorney's Office
District of Kansas
1200 Epic Center | 301 N. Main |Wichita, Kansas 67202
Direct: 316.269.6642
Office: 316.269.6481
Fax: 316.269.6484
sarah.macke@usdoj.gov

**From:** Shaw, Tyson (USAKS) <TShaw@usa.doj.gov>
**Sent:** Thursday, March 10, 2022 12:34 PM
**To:** Macke, Sarah (USAKS) <SMacke@usa.doj.gov>
**Subject:** FW: [EXTERNAL] Update to Plaintiff's Rule 26a.pdf

**From:** S <6133164129463c@gmail.com>
**Sent:** Thursday, March 10, 2022 12:30 PM
**To:** Allman, Chris (USAKS) <CAllman@usa.doj.gov>; Allman, Chris (USAKS) <CAllman@usa.doj.gov>; Shaw, Tyson (USAKS) <TShaw@usa.doj.gov>; Shaw, Tyson (USAKS) <TShaw@usa.doj.gov>; Brookreson, Steven (USAKS) <SBrookreson@usa.doj.gov>
**Subject:** FW: [EXTERNAL] Update to Plaintiff's Rule 26a.pdf

Im not opposed to providing you more detail where I know it but I am very busy.

**From:** Macke, Sarah (USAKS) [mailto:Sarah.Macke@usdoj.gov]
**Sent:** Thursday, March 10, 2022 10:49 AM
**To:** S <6133164129463c@gmail.com>
**Cc:** Steven (USAKS) <Steven.Brookreson@usdoj.gov>
**Subject:** RE: [EXTERNAL] Update to Plaintiff's Rule 26a.pdf

Mr. Laber,

Please see the attached letter regarding your updated Rule 26a disclosures.  Please note that we ask for your position regarding the items in the letter by 9:00 a.m. tomorrow morning.

Thank you,

**Sarah Burch Macke**
Assistant United States Attorney
United States Attorney's Office
District of Kansas
1200 Epic Center | 301 N. Main |Wichita, Kansas 67202
Direct: 316.269.6642
Office: 316.269.6481
Fax: 316.269.6484
sarah.macke@usdoj.gov


**From:** S <6133164129463c@gmail.com>
**Sent:** Wednesday, March 9, 2022 10:00 PM
**To:** Macke, Sarah (USAKS) <SMacke@usa.doj.gov>; Allman, Chris (USAKS) <CAllman@usa.doj.gov>; Shaw, Tyson (USAKS) <TShaw@usa.doj.gov>; Brookreson, Steven (USAKS) <SBrookreson@usa.doj.gov>
**Subject:** [EXTERNAL] Update to Plaintiff's Rule 26a.pdf

Please find the updated 26a.  Please call if any questions.

Respectfully,
Stan Laber
703-981-2793