UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STAN LABER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 18-1351-JWB-GEB |
| | ) |
| LLOYD J. AUSTIN, III, | ) |
| Secretary, Department of Defense | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF RICHARD HARRIS

I, Richard Harris, do hereby declare and state the following:

1. I am above the age of 18 and competent to testify.

2. I am currently employed by the Department of the Army as the ID-T Complaints Manager, HQ Installation Management Command, Office of Equal Employment Opportunity, at Joint Base San Antonio, Fort Sam Houston.

3. In 2014-2015, I served as an EEO Counselor for the Defense Contract Management Agency. During that time frame I was assigned by the DCMA EEO office to provide informal counseling to Stan Laber.

4. As part of that assignment, on January 16, 2015, I requested that Mr. Laber sign a "rights and responsibilities" document that allowed a complainant to waive anonymity, such that the EEO counselor may contact potential witnesses to investigate at the informal stage.

5. On January 23, 2015, having not heard back from Mr. Laber, I followed up again by email to request that he review, sign and return the Certification of Receipt Rights and Responsibilities Form.

1

EXHIBIT 43

6. On February 27, 2015, Mr. Laber returned a signed copy of the Certification of Receipt of Rights and Responsibilities form, in which he provided consent for his name to be used in the DCMA Office's inquiry (waiving his anonymity). A true and accurate copy of that document is attached to this declaration as Attachment A.

7. Because I did not know whether Mr. Laber would waive his anonymity until February 27, 2015, I did not reach out to personnel from the Army Servicing Team or Defense Contract Management Agency until after Mr. Laber filed his formal complaint and Certification of Receipt of Rights and Responsibilities form on February 27, 2015.

8. I memorialized my counseling process with Mr. Laber in a Counselor's Report. A true and accurate copy of the Counselor's report is attached to this declaration as Attachment B.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on _4/27/2022__, in _____JBSA, Fort Sam Houston, Texas_____

Richard Harris
ID-T Complaints Manager,
HQ Installation Management Command,
Office of Equal Employment Opportunity,
Joint Base San Antonio, Fort Sam Houston,
U.S. Department of the Army



# DEFENSE CONTRACT MANAGEMENT AGENCY
### 3901 A AVENUE, BUILDING 10500
### FORT LEE, VA 23801-1809

## CERTIFICATION OF RECEIPT OF RIGHTS AND RESPONSIBILITIES

DCMA DOCKET NUMBER: P6-15-0142

I certify that I have been advised of the avenues of redress available to me under the Federal Sector Equal Employment Opportunity discrimination complaints processing system pursuant to 29 CFR §1614.105(b) and have received a copy of same. I also certify that I have been advised of

a. My right to anonymity during the counseling stage.
b. My right to be accompanied, represented and advised during counseling and administrative processing of my complaint by a representative designated in writing.
c. My responsibilities during the administrative processing of my complaint.

At this time (*initial as appropriate*):

  **X** I give permission for my name to be used in the inquiry (anonymity waived).

  _____ I request anonymity during counseling.

  **X** I do not have a representative at this time.

  _____ I have a representative who is/is not (circle one) an attorney, whose name and address are provided below:

Name: _____
Address: _____ City/State/Zip: _____
Telephone: _____ E-mail: _____

If I later choose to have representation (attorney or non-attorney), I will inform the EEO Director immediately, in writing, and provide the address and phone number of that person.

I understand that payment of attorney's fees, if I am successful in a formal complaint, requires prompt notification to the EEO Director of such representation.

I understand that if my representative is an attorney, all official correspondence, documents and decisions will be served on my attorney and not on me.

If my representative is not an attorney, all official correspondence will be served on me and my non-attorney, however, the administrative judge's finding will be served exclusively on me.

I also understand that I must inform the EEO Director of a change of address immediately and that my failure to do so may be a basis for dismissal of my complaint.

_Stan Laber_  
Name of Aggrieved

**183**

_[signature]_   _2/27/15_
Signature of Aggrieved    Date

000213

**Attachment A**    LABER_000213

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    LABER-00000213

Laber, Stan (applicant)             P6-15-0142

# DEFENSECONTRACT MANAGEMENT AGENCY
## EQUAL EMPLOYMENT OPPORTUNITY COUNSELOR'S REPORT

Privacy Act Statement (5 U.S.C. §552a)

**Authority:** Public Law 92-261

**Principal Purpose:** To establish the case records and process of the complaints of discrimination because of race, color, national origin, religion, sex, age, physical and/or mental disability, or reprisal by Defense Contract Management Agency (DCMA) civilian employees, former employees, applicants for employment and some contract employees.

**Routine Use:** Information will be used (a) as a data source for complaint information for production of summary descriptive statistics and analytical studies of complaints processing and resolution efforts; (b) to respond to general request for information under the Freedom of Information Act; (c) to respond to request from legitimate outside individuals or agencies (White House, Congress, Equal Employment Opportunity Commission) regarding the status of a complaint or appeal; or (d) to adjudicate complaint or appeal. Used when needed by EEO officials, counselors and investigators of the Office of Equal Employment Opportunity.

**Disclosure is Voluntary:** However, failure to complete all appropriate portions of this form may lead to delay in process and/or rejection of complaint on the basis of inadequate data which to continue processing.

## Section One: Personal Information

| 1. Name (Last, First, MI) | 2. ID Number |
|---|---|
| Laber, Stan (applicant) | did not provide |

| 3. Pay Plan/Series/Grade | 4. Title | 5. Organization |
|---|---|---|
| N/A | N/A | N/A |

| 6. Duty Address | 7. Duty Phone Number |
|---|---|
| N/A | N/A |

| 8. Home Address | 9. Home Phone Number |
|---|---|
| 9412 Athens Road, Fairfax, VA 22032 | 703-981-2793 |

| 10. Primary Email Address | 11. Secondary Email Address |
|---|---|
| 6133164129463c@gmail.com | |

## Section Two: Complaint Information

| 12. Date of Alleged Discriminatory Action | 13. 45th Calendar Day After Alleged Discriminatory Action | 14. Case Number |
|---|---|---|
| December 9, 2014 | January 23, 2015 | P6-15-0142 |

| 15. Date of Initial Contact with EEO Official | 16. Date Pre-Complaint Assigned to Counselor | 17. 30th Day after Pre-Complaint Assigned to Counselor |
|---|---|---|
| December 9, 2014 | January 13, 2015 | February 12, 2015 |

| 18. 90th Day after Pre-Complaint Assigned to Counselor | 19. Organization/Location Where Alleged Discriminatory Action(s) Occurred (with Organization Code) |
|---|---|
| April 13, 2015 | DCMA Eastern Region |

| 20. Date Pre-Complaint Intake Interview Completed | 21. Responsible Management Official(s) (Name, Title, Organization) |
|---|---|
| January 16, 2015<br>☑ Telephonically<br>☐ In Person<br>☐ Email/Fax | Charles Angeramo, Supervisory Contract Specialist, GS-1102-14<br>Dale F. Tervonen, Supervisory General Engineer. GS-0801-13<br>Julie A. White, Supervisory Industrial Specialist, GS-1150-13<br>Scott D. Vujs, Supervisory Contract Specialist, GS-1102-13<br>Deana Hansford, Human Resource Specialist |

**Attachment B**    LABER_000043

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     LABER-00000043

## Section Two: Complaint Information (Continued)

**22. Basis of Complaint** (As appropriate, state applicable specific class(es) for each category)

- ☐ Race:
- ☐ Color:
- ☑ Religion: Jewish
- ☐ National Origin:
- ☐ Protected Genetic Information:
- ☑ Sex: male
- ☑ Age: 69 years old; YOB 1945
- ☐ Disability:
- ☑ Reprisal: previous EEO activity

**23. Issue(s) Associated with the Complaint**

- ☐ Appointment/Hire
- ☐ Assignment of Duties
- ☐ Awards
- ☐ Conversion to Full-Time
- ☐ Examination/Test
- ☐ Duty Hours
- ☐ Evaluation/Appraisal
- ☐ Medical Examination
- ☐ Pay (including overtime)
- ☑ Promotion/Non-Selection
- ☐ Reasonable Accommodation
- ☐ Reassignment
- ☐ Reinstatement
- ☐ Time and Attendance
- ☐ Training
- ☐ Termination/RIF
- ☐ Terms/Conditions of Employment
- ☐ Disciplinary Action
- ☐ Demotion
- ☐ Letter of Counseling
- ☐ Removal
- ☐ Reprimand
- ☐ Suspension
- ☐ Hostile Work Environment/Harassment

**24. Matters Giving Rise to the Complaint** (Specify Who/What/Where/When/How and Frame the Claim)

Was Mr. Stan Laber [Applicant] discriminated against based on age (69 years old; YOB: 1945), sex (male), religion (Jewish) and reprisal (previous EEO activity), when:

1. On January 29, 2015, Mr. Laber became aware that he was not referred for the GS-1910-11, Quality Assurance Specialist position, JOA: SWH814EHA4149481271532, DCMA Eastern Region, Syracuse, NY, by the Army Servicing Team.

2. On December 9, 2014, Mr. Laber became aware that Mr. Dale F. Tervonen, Supervisory General Engineer, age (59 years old; YOB: 1955), sex (male) and religion (unknown), did not select him for the GS-1150-11, Industrial Specialist position, JOA: SWH814P73154221245352, DCMA Central Region, Milwaukee, WI.

3. On October 29, 2014, Mr. Laber became aware that Ms. Julie A. White, Supervisory Industrial Specialist, age (49 years old; YOB: 1965), sex (female) and religion (unknown), did not select him for the GS-1150-11, Industrial Specialist position, JOA: SWH814P6EHA1510901197316, DCMA Eastern Region, Syracuse, NY.

Please see attached continuation page

Background:
Mr. Laber did not know who the selecting officials were or who processed his application at the Army Servicing Team. However, he indicated that he must have been discriminated against since he was not selected for any position.

Mr. Laber did not return a signed copy of his Certification of Rights and Responsibilities during the informal stage even after repeated request. Therefore, the Selecting Officials and Army Servicing Team (AST) personnel were not contacted because it was not known if he had a representative or if he wanted to remain anonymous.

**25. Relief Sought**

- He wants his qualifications reviewed for the positions listed in the claim and all future positions
- Back pay if appropriate

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LABER_000044

LABER-00000044

## Section Three: Rights and Representation

**26. Notice of Rights and Responsibilities**
   The aggrieved was provided with their rights and responsibilities notice, and specifically advised of the following:
   The basis for filing pre-complaint, formal complaint, and/or class complaint, and of right to file a formal complaint of discrimination.
☑ The pre-complaint, formal complaint, and/or class complaint process.
☑ The 45-day calendar requirement from effective date of personnel action or of the date of the matter alleged to be discriminatory.
☑ The role of the EEO counselor, including that the counselor is not an advocate for either the aggrieved person or the agency and acts strictly as a neutral party.
☑ DCMA'S Alternative Dispute Resolution (ADR) Program and right to elect either ADR or traditional EEO counseling.
☑ The right to remain anonymous during the pre-complaint process.
☑ The right to representation throughout the complaint process.
☑ Responsibility of the aggrieved to notify the Office Of Equal Employment Opportunity (EEO) in writing of any change in address and/or phone number.
☑ Responsibility of the aggrieved to notify the EEO Office in writing of non-attorney or attorney representation, including address and phone number.
☑ The possible election requirement between a negotiated grievance procedure, MSPB procedure, and the EEO complaint process.
☑ The election options in age and wage-based discrimination complaints.

**27. Election of Representation**

☐ Employee DOES elect outside representation          ☐ Employee DOES NOT elect outside representation

## Section Four: Process Election

**28. Alternative Dispute Resolution**

☐ Matter Appropriate for ADR
☐ Aggrieved wishes to pursue ADR, if offered
   Date of Written Offer _____
   Date of Agreement to Participate _____
   Date of Mediation _____
☑ Matter Not Appropriate for ADR

**Mediator Information**
   Name: _____
   Phone: _____
   Email: _____
**Agency Negotiating Official**
   Name: _____
   Phone: _____
   Email: _____

**ADR Outcome**
☐ ADR was successful. Negotiated Settlement Agreement Signed on: _____
☐ ADR was NOT successful. The aggrieved was issued a Notice of Right to File a Formal Complaint of Discrimination on _____ and was notified of the requirement to file a formal complaint within 15 calendar days after receipt of the Notice of Right to File.
☐ ADR Cancelled by _____

**29. Traditional EEO Counseling**

☑ Traditional Counseling Elected
   Name of EEO Counselor: Richard Harris
   Date Counselor Assigned: January 13, 2015

**Anonymity Election**

☐ Complainant Waived Right to Anonymity

☐ Complainant Elected to Remain Anonymous

_____

**Aggrieved declined to pursue identified issue under applicable laws, regulations, and policy governing Federal Sector Equal Employment Opportunity Programs.**

   Date Declination Received: _____

   Reason for Declination:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LABER_000045
LABER-00000045

## Section Five: Counseling Information Gathering

**30. Witness Information**

Charles Angeramo, Supervisory Contract Specialist, GS-1102-14
Dale F. Tervonen, Supervisory General Engineer, GS-0801-13
Julie A. White, Supervisory Industrial Specialist, GS-1150-13
Scott D. Vujs, Supervisory Contract Specialist, GS-1102-13
Deana Hansford, Human Resource Specialist

**31. Witness Statement**

NOTE: An inquiry was not conducted with the selecting officials or AST representatives.

Mr. Laber did not return a signed copy of his Certification of Rights and Responsibilities form back to the EEO Counselor. Mr. Laber was requested to provide this information several times. The first submission due date was January 19, 2015. A second request was made via email on January 21, 2015, for the requested information to be submitted by COB on January 22, 2015. A third request was made on January 23, 2015, by voicemail and followed up with an email requesting that the information be provided by COB on January 23, 2015. Mr. Laber still failed to submit the requested information so he was issued an Intent Letter dated January 26, 2015, which informed him that he had 5 calendar days from the receipt of the letter to inform the EEO Office that he still wanted to pursue his complaint. Mr. Laber received the letter on January 29, 2015, and did not make contact with the EEO Office indicating his intent to pursue; therefore, Mr. Laber was issued his Notice of Right to File a Formal complaint on February 10, 2015.

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER

LABER_000046

LABER-00000046

## Section Five: Counseling Information Gathering

**31. Witness Statement (continued)**

**31. Witness Supporting Documentation (Attached at the end of the report)**

**32. Documents Reviewed**

Certification list, vacancy announcements and job analysis for JOA: SWH814EHA4149481271532, JOA: SWH814P73154221245352, JOA: SWH814P6EHA1510901197316, JOA: SWH814P6EHA1436321174634, JOA: SWH814P6EHA1419551181108, JOA: SWH814P41703611179076 and JOA: SWH814EHA0458991136062.

**33. Outcome of Pre-Complaint Inquiry**

☑ Resolution was not accomplished, therefore, I conducted the final interview with the aggrieved on at which time I informed the aggrieved of the full scope on my inquiry and the reason(s) articulated by management for action(s) taken. I provided the aggrieved with Notice of Right to File a Formal Complaint of Discrimination. The aggrieved was made aware of the requirement to file a formal complaint within 15 calendar days of the final interview if not satisfied with the results of my inquiry.

☐ Resolution was accomplished. Negotiated settlement, signed on _____, is attached.

| 34. Printed Name of EEO Counselor | 35. Signature of EEO Counselor |
|---|---|
| Richard Harris | *Richard Harris* (signature) |

| 36. Attachments | 37. Date Report Submitted to EEO Manager |
|---|---|
| | March 2, 2015 |
| | 38. Name of Reviewing EEO Manager |
| | Barbara C. Berryman |

| 39. Formal Complaint Coordination | ☑ Formal Complaint Filed |
|---|---|

| 40. Case Manager | 41. Date Formal Complaint Received | 42. Date of Acknowledgement of Receipt |
|---|---|---|
| Constance Goodwin | February 27, 2015 | March 2, 2015 |

**17**                                                                 000047

LABER_000047

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LABER-00000047

Continuation Page - DCMA Counselor's Report - DCMA Case Number: P6-15-0142

**24. Matters Giving Rise to the Complaint**

4. On October 16, 2014, Mr. Laber became aware that Ms. Deana Hansford, Human Resource Specialist, age (unknown), sex (female) and religion (unknown), did not refer him for the GS-1102-11, Contract Administrator position, JOA: SWH814P6EHA1436321174634, DCMA Eastern Region, Boston, MA.

5. On October 1, 2014, Mr. Laber became aware that Mr. Charles Angeramo, Supervisory Contract Specialist, age (46 years old; YOB: 1968), sex (male) and religion (unknown), did not select him for the GS-1102-11, Contract Specialist position, JOA: SWH814P6EHA1419551181108, DCMA Eastern Region, Woburn, MA.

6. On September 30, 2014, Mr. Laber became aware that he was not referred for the GS-1910-12, Quality Assurance Specialist position, JOA: SWH814P41703611179076, DCMA Eastern Region, Linthicum, NY, by the Army Servicing Team.

7. On August 22, 2014, Mr. Laber became aware that Mr. Scott D. Vujs, Supervisory Contract Specialist, age (51 years old; YOB: 1963), sex (male) and religion (unknown), did not select him for the GS-1102-11, Contract Administrator position, JOA: SWH814EHA0458991136062, DCMA Eastern Region, Northampton, MA.