Job Title
Procurement Analyst
Contract Administrator
Quality Assurance Specialist
Contract Specialist
Contracting Advisor
CONTRACT SPECIALIST
Contract Administrator
Contract Mangement Deputy
Investigative Assistant (OA)
Contract Specialist
Contracting Officer
Information Technology Specialist (INFOSEC)
Quality Assurance Specialist (Electronics)
Program Analyst
CONTRACT SPECIALIST
PROCUREMENT ANALYST
SUPERVISORY CONTRACT SPECIALIST
Industrial Specialist
Supervisory Contract Specialist - Deputy Director of Contracting
Supervisory Contract Specialist
Workforce Development Assistant
Supervisory Contract Specialist
Supervisory Procurement Analyst
Contract Specialist
Supervisory Contract Specialist
CONTRACT SPECIALIST
Industrial Management Specialist
Industrial Management Specialist
SUPERVISORY CONTRACT SPECIALIST
Industrial Management Specialist
Industrial Management Specialist
SUPERVISORY CONTRACT SPECIALIST
Contract Specialist
Management Analyst
Contract Management Tertiary Deputy
Management Analyst
Contract Administrator
Quality Assurance Specialist
PROCUREMENT ANALYST
Contract Administrator
Management Analyst
PROCUREMENT ANALYST
Contract Management Tertiary Director
LANGUAGE SPECIALIST
COMPUTER SCIENTIST, GS-1550-9 PALACE ACQUIRE INTERN
Information Technology Specialist Palace Acquire (ACQ EHA)

EXHIBIT

**47**

PENGAD 800-631-6989

Investigator
Contract Administrator
Contract Administrator
CONTRACT SPECIALIST
SUPERVISORY CONTRACT SPECIALIST
Industrial Specialist
Industrial Specialist
Secretary (OA)
Information Technology Specialist (INFOSEC)
Quality Assurance Specialist (Mechanical)
SUPERVISORY ACQUISITION PROGRAM MANAGER
CONTRACT ADMINISTRATOR
Industrial Manager
Quality Assurance Specialist (Aerospace)
Procurement Analyst
Quality Assurance Specialist
Supervisory Contract Specialist
Supervisory Contract Specialist
Information Technology Specialist (Customer Support)
Management Analyst
Contract Specialist
Contract Administrator
Contract Price/Cost Analyst
Contract Administrator
Industrial Specialist
Supervisory Contract Specialist
Program Analyst
Interdisciplinary Engineer/Operations Research Analyst
OPERATIONS RESEARCH ANALYST
Quality Assurance Specialist
Operations Research Analyst
Contract Administrator
Quality Assurance Specialist (Mechanical)
Contract Administrator
Supervisory Contract Specialist
IMMIGRATION SERVICES OFFICER
Contract Administrator
Contract Specialist
Supervisory Procurement Analyst
Configuration Management Specialist
Industrial Specialist
IT Specialist (Network/CustSpt)
Configuration Management Specialist
Quality Assurance Specialist
Contract Specialist
Contract Administrator
EXECUTIVE ADVISOR FOR SERVICES

Quality Assurance Specialist (Mechanical)
ITSPEC (PLCYPLN)
Quality Assurance Specialist
Supervisory Contract Specialist
Contract Administrator
Administrative Specialist
Contracting Advisor
Supervisory Contract Specialist
Supervisory Contract Specialist
Industrial Specialist (General)
CONTRACT SPECIALIST
REQUIREMENTS ANALYST
Supervisory Procurement Analyst
Management & Program Analyst
Contract Administrator
Industrial Specialist (General)
SUPERVISORY CONTRACT SPECIALIST
MANAGEMENT AND PROGRAM ANALYST (TRAINING) (TEMPORARY)
Interdisciplinary
IT Specialist (APPSW)
Investigative Analyst
Investigative Analyst
IT Cybersecurity Specialist (INFOSEC)
ITSPEC (PLCYPLN)
CONTRACT SPECIALIST
CONTRACT SPECIALIST
CONTRACT SPECIALIST
Contract Administrator
Program Analyst
Supervisory Quality Assurance Specialist
Quality Assurance Specialist (Electronics)
Contract Specialist
Interdisicplinary Engineer
Public Affairs Specialist
CONTRACT ADMINISTRATOR
Contract Specialist
Quality Assurance Specialist
Industrial Property Management Specialist
Quality Assurance Specialist (Mechanical)
Public Affairs Specialist
Industrial Specialist (General)
Project Manager
Industrial Specialist (General)
Industrial Specialist (General)
Contract Specialist
CONTRACT SPECIALIST
CONTRACT SPECIALIST

CONTRACT SPECIALIST
IT Cybersecurity Specialist (INFOSEC)
ITSPEC (PLCYPLN)
Supervisory Contract Specialist
Acquisition Specialist
Knowledge Management Officer
Acquisition Training Specialist
Contract Administrator
Contract Administrator
Supervisory Contract Information Resources Specialist
Contract Administrator
Procurement Analyst
Program Manager (Integrator)
Contract Administrator
ADMINISTRATIVE OFFICER
CONTRACT SPECIALIST
Contract Administrator
SUPERVISORY CONTRACT SPECIALIST
Contract Specialist
HOUSING MANAGER (INSPECTOR)
Contract Administrator
Interdiscplinary
Supervisory Contract Specialist
Industrial Specialist
Industrial Management Specialist
Contracting Specialist (Contract Specialist - UNICOR)
CONTRACT ADMINISTRATOR
Contract Specialist
Lead Industrial Specialist (General)
ADMINISTRATIVE OFFICER
Contract Administrator
CONTRACT ADMINISTRATOR
Education Services Specialist
Business Operations Manager
PROCUREMENT ANALYST
CONTRACT SPECIALIST
Project Manager
Supervisory IT Specialist (PlcyPln)
Contract Specialist
Information Technology Specialist
Information Technology Specialist
Deputy Program Manager
Contract Administrator
CONTRACT SPECIALIST
Acquisition Management Specialist, ZA-1101-3 (MAP)
CONTRACT SPECIALIST
Supervisory Contract Specialist

Supervisory Contract Specialist
Contract Administrator
MANAGEMENT SUPPORT SPECIALIST
Staff Operations and Training Specialist
Supervisory Contract Specialist
Intelligence Specialist (Operations)
CONTRACT SPECIALIST
Supervisory Contract Specialist
CONTRACT ADMINISTRATOR
Procurement Analyst
Training Administrator
PROCUREMENT ANALYST
PROCUREMENT ANALYST
Procurement Analyst
Contract Specialist
Investigator
Information Technology Specialist
Contract Administrator (Deployable)
Contract Specialist
ADMINISTRATIVE/TECHNICAL SPECIALIST
Procurement Analyst
Contract Specialist
Contract Administrator
CONTRACT SPECIALIST
CONTRACT SPECIALIST
CONTRACT SPECIALIST (VIRTUAL)

| Job Number | Pay Plan |
|---|---|
| NEBR170862161996076 | GS-1102-13 |
| SWH817PH1966521996159 | GS-1102-13 |
| SWH817P62116481996810 | GS-1910-12 |
| NEAJ172315422000987 | GS-1102-05/07 |
| NCFR176098571743 | GS-1101-12 |
| 9P-AFPC-10041966-997595-NRJ | NH-1102-3 |
| SWH817PH2129862003602 | GS-1102-14 |
| SWH817P62210372003552 | NH-1101-04 |
| D-NY-17-10027595-DE-DET | GS-1802-6/7 |
| AM17-MCB-2004482EA | GS-1102-05/07 |
| 17-TIGTA-54 | GS-1102-14 |
| SWGR173216142009232 | DJ-2210-04 |
| SWH817P63073558367EA | GS-1910-12 |
| NEAJ173352012012440 | GS-0343-12 |
| SE71102-12-LG2013892739220 | GS-1102-12 |
| 9P-AFPC-10056742-042554-ARL | GS-1102-13 |
| 9P-AFPC-10059112-006538-CUH | GS-1102-13 |
| AM-17-AEG-2016709 | GS-1150-07 |
| SAOW17-SC-17-VO2015459 | GS-1102-14 |
| NCFR173577224820 | GS-1102-14 |
| NEAJ173542185862 | GS-0301-7/9 |
| NEBR173656207193 | GS-1102-13 |
| SWH817PH4129781056 | NH-1102-4 |
| NCFR173545897970 | GS-1102-11 |
| NCFR173353850462R | GS-1102-14 |
| 8X-DCIPS-10070031-035729-TT | GG-1102-13 |
| NEAJ172461500332 | GS-1101-7/9 |
| NEAJ172461503167D | GS-1101-9 |
| AFMC-10075214-068606-7W-BY | NH-1102-4 |
| NEAJ172461506778R | GS-1101-7/9 |
| NEAJ172461507088DR | GS-1101-9 |
| 9P-10065798-006538-CUH | GS-1102-13 |
| NCFR073905718994 | NH-1102-3 |
| NEAJ174411230340 | GS-0343-9/11 |
| SWH817P74090770097 | NH-1101-4 |
| NEAJ174411230341D | GS-0343-9/11 |
| SWH817P694613235348EA | GS-1102-11 |
| SWH817PH4441947025 | NH-1910-3 |
| 9P-AFPC-10091142-079923-NRJ | NH-1102-3 |
| SWH817P64642995513 | GS-1102-12 |
| NEAJ174488071712D | GS-0343-9/11 |
| 8X-DCIPS-1009348-072334-CMR | GG-1102-13 |
| SWH817P64680874728 | NH-1101-4 |
| CIS-10094725-LSS | GS-1040-11/12 |
| BE18-EHA-2013361-1550-9JDC | GS-1550-09 |
| FY18-EHA-2210-07 | GS-2210-07 |

| | |
|---|---|
| INV-SRH365-17-RA | GS-1810-13 |
| SWH817P61007516357 | GS-1102-12 |
| SWH817P63149964137EA | GS-1102-11/12 |
| 8Z-AFPC-10091945-046591-AA | GS-1102-9/11 |
| 9P-AFPC-10109662-113615-NRJ | NH-1102-3 |
| NEAJ185470666458 | GS-1150-9 |
| NEAJ185470666459D | GS-1150-9 |
| NEBR184960060142 | GS-0318-9 |
| NEAJ186080562637 | GS-2210-12 |
| SWH918P66161253095 | GS-1910-13 |
| 8X-DCIPS-1013216-121338-CMR | GG-1101-15 |
| SWH818P46709303610EA | NH-1102-4 |
| NEAJ186792460621 | GS-1101-15 |
| SWH818P66793968233 | GS-1910-12 |
| SWH818PH7594760875 | GS-1102-12 |
| FEMA-18-KKC-219264-CORE | IC-1910-12 |
| SWH818P67459090824 | NH-1102-4 |
| NCFR187454524789 | GS-1102-13 |
| NEAJ188638494045 | GS-2210-5/9 |
| NCNT188877073033 | GS-0343-11 |
| NCFR189680663033 | GS-1102-12 |
| SWH818P71739157557EA | GS-1102-11 |
| SWH818P71179850006EA-R | GS-1102-12 |
| SWH818P61847920289EA | GS-1102-11 |
| NEAJ189913984534D | GS-1150-7 |
| DC-2018-0011 | GS-1102-13 |
| NEAJ181969396290 | GS-0343-12 |
| SWH818P62082804229EA | GS-0801-12\|GS-0830-12\|G |
| SWH818P62344652652EA | GS-1515-12 |
| SWH818P62344650811EA | GS-1910-11 |
| SWH8P6181822451762EA | GS-1515-12 |
| SWH818PH2572249181 | GS-1102-12 |
| SWH818P62916076790 | GS-1910-12 |
| SWH818P72912823998EA | GS-1102-11 |
| SWH818P82845645209 | NH-1102-4 |
| CIS-PJN-10385408-ALB | GS-1801-9/12 |
| SWH819P63208565482 | GS-1102-13 |
| NEBR197675819580R | GS-1102-12 |
| NCFR192869118380 | GS-1102-14 |
| DHRADMDC-19-10398920-DE | GS-0301-12 |
| NEAJ193284497805D | GS-1150-9/11 |
| SWH819P43437888107 | NH-2210-3 |
| DHRADMDC-19-10398919-MP | GS-0301-12 |
| SWH819P83092034809 | GS-1910-13 |
| NEBR193462193993 | GS-1102-12 |
| SWH8P6193208564220 | GS-1102-13 |
| AFMC-10411952-438588-9X-KSD | GS-0301-14 |

| | |
|---|---|
| NEAJ193379406958 | GS-1910-11 |
| NY-10419694-AF-19-135 | GS-2210-9 |
| SWH819P63568578573EA | GS-1910-11 |
| NEDB193623330714 | GS-1102-15 |
| SWH819P43889624498EA | NH-1102-4 |
| MDA-19-DH-10400293 | NH-0301-2 |
| NCNT193929653462 | GS-1101-12 |
| SWH819PH4093183334 | NH-1102-4 |
| SWH819P74381614694 | NH-1102-4 |
| SWH819P64435209408 | GS-1150-12 |
| 8X-DCIPS-1047259-510262-CMR | GG-1102-12 |
| JCS-19-10487811-DE | GS-0301-15 |
| SWH819PH5416080803 | NH-1102-3 |
| 19CS1-HQX0123-0343-14-TJ | GS-0343-14 |
| SWh819PH4583617579 | GS-1102-11 |
| SWH819P35171456878 | GS-1150-12 |
| 9X-AFPC-10497135-505295-FLF | NH-1102-4 |
| CIS-10498395-OFS | GS-0343-14 |
| EUJD195628704014 | GS-0808-12|GS-0810-12|G |
| SWH819P65608161014EA | GS-2210-12 |
| 19-NYN-10503311-MS | GS-1805-9/12 |
| 19-NYN-10503310-DE | GS-1805-9/12 |
| SWH819PH5588914037 | GS-2210-12/13 |
| NY-10504492-AF-19-290 | GS-2210-9 |
| 8Z-AFPC-10502927-582635-JNJ | GS-1102-12 |
| ST-10393410-19-BAG | GS-1102-13 |
| 8X-DCIPS-10503948-525440-AG | GG-1102-13 |
| SWH819P65602882164 | GS-1102-12/13 |
| NEBR195608610836D | GS-0343-11 |
| SWH819P65624034437 | NH-1910-3 |
| SWH8P6195975815349EA | GS-1910-11 |
| DLAEnergy-19-10513056-MP | GS-1102-13 |
| SWH819P65943051793EA | GS-0801-12|GS-0830-12|G |
| NEBR196073815361D | GS-1035-11 |
| SWH819PH5964686003 | GS-1102-12 |
| IM-1539-IMDO-19-10509306-ST | GS-1102-12 |
| NEAJ196654226636 | GS-1910-11 |
| SWH819PH6767964427EHA | GS-1103-11 |
| SWH819P76305342097EA | GS-1910-11 |
| AFPC-EHA-DHA-ACWA-1035 | GS-1035-5/7 |
| SWH819P35171459848 | GS-1150-12 |
| 19CE4-HCX0127-0343-14-KF | GS-0343-14 |
| SWH819P84599124731R | GS-1150-11 |
| SWH819P77272323520EA | GS-1150-11 |
| FEMA-19-KA-306693-CORE | IC-1102-14 |
| AFMC-10527720-90DAY-CHH | GS-1102-12 |
| AFMC-10527953-90DAY-CHH | GS-1102-13 |

| | |
|---|---|
| AFMC-10528940-90DAY-CHH | GS-1102-12/13 |
| SWH819PH4203677886HI | GS-2210-12/13 |
| NY-10524269-AF-19-323 | GS-2210-11 |
| SWH819P77603008246 | NH-1102-3 |
| NCFR196920732485HC | GS-1101-11 |
| NCNT197006523628HC | GS-0301-12 |
| NCFR7184286165 | NH-1101-3 |
| SWH819P78405604033EA | GS-1102-11 |
| SWH819P43049728417EHR | NH-1102-3 |
| SWH818PH8546414049 | NH-1101-4 |
| SWH819PH8552809639 | GS-1102-13 |
| NCFR198306911974 | GS-1102-13 |
| SWH819P42477803881EAR | NH-0340-3 |
| SWH819P49494242160H | NH-1102-3 |
| ST-10579424-19-VH | GS-0341-11/12 |
| 8X-DCIPS-10599083-709867-JB | GG-1102-13 |
| SWH819P69918657206EA | GS-1102-12 |
| NY-10612375-AR-19-465 | GS-1102-13 |
| 19-EDNY-10597285-MP-AS | GS-1102-12 |
| ST-10613319-19-PFB | GS-1173-9 |
| SWH819P78405605525EA | GS-1102-11 |
| SWH819P70192614021EA | GS-0801-12\|GS-0830-12\|G |
| SWH819P70386762975 | NH-1102-3 |
| NEAJ190372820854 | GS-1150-7/11 |
| NEAJ190493006795 | GS-1101-9 |
| CO-2018-0030 | GS-1102-11/12 |
| SWH819P43049721197EHR | NH-1102-3 |
| NCFR190311197538EA | GS-1102-12 |
| SWH819P60386974699 | GS-1150-12 |
| NY-10628245-AR-20-023 | GS-0341-12 |
| SWH819PC0692909113 | GS-1102-14 |
| SWH819P40969277429 | NH-1102-3 |
| SWGJ0000009770D | GS-1740-11 |
| NEAJ191107241059 | GS-1101-13 |
| AFMC-10547837-748623-9P-HAC | GS-1102-13 |
| 8X-DCIPS-10675456-802754-PJ | GG-1102-13 |
| CASA-10679084-20-PNL | GS-1101-13 |
| SWHB191890622067 | GS-2210-15 |
| SWH819P62044349527EA | GS-1102-13 |
| 20-NYN-10682024-DE | GS-2210-9/11 |
| 20-NYN-10671079-MS | GS-2210-9/11 |
| CASA-10676943-20-PNL | GS-1101-14 |
| SWH819P71988467703EA | GS-1102-11 |
| 8Z-AFPC-10683808-818612-RAH | GS-1102-12 |
| NMFS-SEFSC-2020-0006 | ZA-1101-3 |
| IMP-10692136-20-KDF | GS-1102-13 |
| NCFR192051941462 | NH-1102-4 |

P2P00004397

| | |
|---|---|
| SWH820P62297071200 | NH-1102-3 |
| SWH820P42601198476EA | NH-1102-3 |
| ST-10708072-20-KLO | GS-0301-9 |
| NCDE202758318553 | GS-0301-9 |
| NCFV191447030514S | GS-1102-15 |
| WTST202943158525 | GG-0132-13 |
| NY-10730250-AR-20-180 | GS-1102-12 |
| NCFR202755552698 | GS-1102-13 |
| SWH820P40969275216R | NH-1102-3 |
| ARS-DHA20Y-10748066-ABS | GS-1102-14 |
| NOC Merit-2020-0103 | GS-1712-11/12 |
| 8X-DCIPS-10792990-904987-AG | GG-1102-13 |
| 8Z-AFPC-10799184-917779-JMR | GS-1102-13 |
| 20PBSC299ASMP | GS-1102-14 |
| DE-TBD-10807346-2020-CA | GS-1102-13 |
| INV-IB228-20-RA | GS-1810-13 |
| CIO-FF227-20-RA | GS-2210-13 |
| SWH820P64210068393 | GS-1102-13 |
| SWH820PH4630107803 | NH-1102-4 |
| ST-10834412-20-NTR | NT-1102-5 |
| SWH820PH5064375000 | NH-1102-4 |
| TN-19-DOE-1102-OCDH | GS-1102-11/15 |
| SWH820P40969277487DHA | NH-1102-3 |
| NEAD205487234413 | GS-1102-12 |
| 8X-DCIPS-10874194-997462-MN | GG-1102-12 |
| ST-10874358-20-MSD | DA-1102-5 |

P2P00004398

Location
West Point, New York
DCMA - Acquisition Positions Nationwide, United St:
Smithtown, New York
Watervliet, New York
Fort Sam Houston, Texas
Randolph AFB, Texas
Woburn, Massachusetts
Tewksbury, Massachusetts
Albany, New York
Watervliet, New York
Location Negotiable After Selection, United States
Vicksburg, Mississippi|Champaign, Illinois|Alexandri
Andover, Massachusetts
Watervliet, New York
Orlando, Florida|Twentynine Palms, California|New
Lackland AFB, Texas
Lackland AFB, Texas
Watervliet, New York
Temple, Texas|Duncanville, Texas|El Paso, Texas|Sa
Fort Sam Houston, Texas
Watervliet, New York
West Point, New York
Smyrna, Georgia|Boston, Massachusetts|Dallas, Te:
Miami, Florida
Fort Sam Houston, Texas
Lackland AFB, Texas
Watervliet, New York
Watervliet, New York
Hanscom AFB, Massachusetts
Watervliet, New York
Watervliet, New York
Lackland AFB, Texas
Fort Sam Houston, Texas
Watervliet, New York
San Antonio, Texas
Watervliet, New York
Owego, New York
Huntsville, Alabama|Phoenix, Arizona|El Segundo, (
Randolph AFB, Texas
Syracuse, New York
Watervliet, New York
San Antonio, Texas
Syracuse, New York
New York, New York
Dahlgren, Virginia|Gunter AFB, Alabama|Offutt AFB
Pentagon, Arlington, Virginia|Barksdale AFB, Louisia

P2P00004399

Anchorage, Alaska|Birmingham, Alabama|Birmingh
Syracuse, New York|Philadelphia, Pennsylvania
Syracuse, New York|Philadelphia, Pennsylvania|Bell
Lackland AFB, Texas
Lackland AFB, Texas
Watervliet, New York
Watervliet, New York
West Point, New York
Watervliet, New York
Boston, Massachusetts|Philadelphia County, Penns
Lackland AFB, Texas
Andover, Massachusetts
Watervliet, New York
San Antonio, Texas
Boston, Massachusetts
Location Negotiable After Selection, United States
Boston, Massachusetts
Miami-Dade County, Florida
Watervliet, New York
West Point, New York
Miami, Florida
Milwaukee, Wisconsin
Milwaukee, Wisconsin
Pittsfield, Massachusetts
Watervliet, New York
Location Negotiable After Selection, United States
Watervliet, New York
Syracuse, New York
Pittsfield, Massachusetts
Watervliet, New York
Stratford, Connecticut
Location Negotiable After Selection, United States
Watervliet, New York
Milwaukee, Wisconsin
San Antonio, Texas
Albany, New York
Owego, New York
West Point, New York
Fort Sam Houston, Texas
Seaside, California|Fort Knox, Kentucky|Columbus,
Watervliet, New York
Endicott, New York
Seaside, California|Fort Knox, Kentucky|Columbus,
Phoenix, Arizona|Pima, Arizona|Tucson, Arizona|Ca
West Point, New York
Owego, New York
Randolph AFB, Texas

Watervliet, New York
Scotia, New York
Pittsfield, Massachusetts
Natick, Massachusetts
Andover, Massachusetts
Tel Aviv, Israel
Fort Sam Houston, Texas
Boston, Massachusetts
San Antonio, Texas
East Hartford, Connecticut|Chicopee, Massachusett
Lackland AFB, Texas
Pentagon, Arlington, Virginia
Boston, Massachusetts
IRS Nationwide Locations, United States
Location Negotiable After Selection, United States
Herzliyya, Israel
Kelly AFB, Texas
Location Negotiable After Selection, United States
Beersheba, Israel|Tel Aviv, Israel
King of Prussia, Pennsylvania
Albany, New York|Syracuse, New York
Albany, New York|Syracuse, New York
Location Negotiable After Selection, United States
Schenectady, New York
Lackland AFB, Texas
Yuma, Arizona|Alameda, California|Barstow, Califor
Lackland AFB, Texas
Garden City, New York
West Point, New York
Owego, New York
Miami, Florida
San Antonio, Texas
Pittsfield, Massachusetts
Fort Hamilton, New York
Location Negotiable After Selection, United States
Location Negotiable After Selection, United States
Watervliet, New York
Location Negotiable After Selection, United States
Milwaukee, Wisconsin
Gunter AFB, Alabama|Maxwell AFB, Alabama|Eielso
Herzliyya, Israel
IRS Nationwide Locations, United States
San Diego, California
San Antonio, Texas
Location Negotiable After Selection, United States
Gunter AFB, Alabama|Maxwell AFB, Alabama|Edwa
Gunter AFB, Alabama|Maxwell AFB, Alabama|Edwa

Gunter AFB, Alabama|Maxwell AFB, Alabama|Edwa
Location Negotiable After Selection, United States
Schenectady, New York
San Antonio, Texas
Miami, Florida
Fort Sam Houston, Texas
Fort Sam Houston, Texas
Milwaukee, Wisconsin
Endicott, New York
Location Negotiable After Selection, United States
Location Negotiable After Selection, United States
Fort Sam Houston, Texas
Palmdale, California
Palmdale, California
Niskayuna, New York
Lackland AFB, Texas
San Antonio, Texas
Latham, New York
Brooklyn, New York
Groton Submarine Base, Connecticut|Great Lakes N
Milwaukee, Wisconsin
Rolling Meadows, Illinois
San Antonio, Texas
Watervliet, New York
Watervliet, New York
Location Negotiable After Selection, United States
Endicott, New York
Miami, Florida
Weston, Florida
Latham, New York
Chicago, Illinois
Endicott, New York
Los Angeles, California|Jacksonville, Florida|Great L
Watervliet, New York
Lackland AFB, Texas
Lackland AFB, Texas
Washington, District of Columbia|Location Negotiab
Location Negotiable After Selection, United States
Baltimore, Maryland
Albany, New York
Albany, New York
Washington, District of Columbia|Location Negotiab
Milwaukee, Wisconsin
Fort Sam Houston, Texas
Miami, Florida
Yuma, Arizona|Alameda, California|Barstow, Califor
Fort Sam Houston, Texas

Weston, Florida
San Diego, California
Schenectady, New York
Schenectady, New York
Afghanistan
Location Negotiable After Selection, United States
Latham, New York
Fort Sam Houston, Texas
Endicott, New York
Location Negotiable After Selection, United States
Location Negotiable After Selection, United States
Lackland AFB, Texas
Lackland AFB, Texas
Location Negotiable After Selection, United States
Location Negotiable After Selection, United States
Anchorage, Alaska|Birmingham, Alabama|Birmingh
Anchorage, Alaska|Birmingham, Alabama|Mobile, A
East Hartford, Connecticut|Buffalo, New York|Syrac
Location Negotiable After Selection, United States
Fort Lauderdale, Florida
Location Negotiable After Selection, United States
Anchorage, Alaska|Berkeley, California|Los Angeles
Endicott, New York
Miami, Florida
Lackland AFB, Texas
Location Negotiable After Selection, United States

Organization
Department of the Army, U.S. Army Contracting Command
Department of Defense, Defense Contract Management Agency, DCMA Headquarters, Office of the Directo
Department of Defense, Defense Contract Management Agency, DCMA EASTERN REGIONAL COMMAND D
Department of the Army, U.S. Army Contracting Command, Watervliet Arsenal, Contracting Command-War
Department of the Army, U.S. Army Network Enterprise Technology Command/9th Army Signal Command,
Department of the Air Force, AF Installation and Mission Support
Department of Defense, Defense Contract Management Agency, DCMA Headquarters, Contracts Executive
Department of Defense, Defense Contract Management Agency, Defense Contract Mangement Agency, Ea
Department of Justice, Drug Enforcement Administration
Department of the Army, U.S. Army Contracting Command
Department of the Treasury, Office of the Inspector General for Tax Administration
Department of the Army, U.S. Army Corps of Engineers, U.S. Army Engineer Research and Development Ce
Department of Defense, Defense Contract Management Agency, DCMA Eastern Regional Command, DCMA
Department of the Army, Army Tank-Automotive and Armament Command (TACOM), Watervliet Arsenal,
Department of the Navy, Naval Facilities Engineering Command, NAVFAC ATLANTIC
Department of the Air Force, AF Installation and Mission Support
Department of the Air Force, AF Installation and Mission Support
Department of the Army, Army Tank-Automotive and Armament Command (TACOM)
Department of Veterans Affairs, Veterans Affairs, Veterans Health Administration
Department of the Army, U.S. Army Contracting Command, Mission and installation Contracting Command
Department of the Army, Army Tank-Automotive and Armament Command (TACOM), Office of the Comma
Department of the Army, U.S. Army Contracting Command, Mission & Installation Contracting Command
Department of Defense, Defense Contract Management Agency, DCMA HQ, Contracts Executive Directorat
Department of the Army, U.S. Army Contracting Command, Expeditionary Contracting Command /410th CS
Department of the Army, U.S. Army Contracting Command, Mission & Installation Contracting Command M
Department of the Air Force, Air Force C2 & Intelligence, Surveillance & Reconnaissance
Department of the Army, Army Tank-Automotive and Armament Command (TACOM), Watervliet Arsenal,
Department of the Army, Army Tank-Automotive and Armament Command (TACOM), Watervliet Arsenal,
Department of the Air Force, Air Force Materiel Command
Department of the Army, Army Tank-Automotive and Armament Command (TACOM), Watervliet Arsenal,
Department of the Army, Army Tank-Automotive and Armament Command (TACOM), WatervlietArsenal, Ir
Department of the Air Force, AF Installation and Mission Support
Department of the Army, U.S. Army Medical Command, Health Care Acquisition Activity
Department of the Army, Army Tank-Automotive and Armament Command (TACOM), Watervliet Arsenal,
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency Co
Department of the Army, Army Tank-Automotive and Armament Command (TACOM), Watervliet Arsenal,
Department of Defense, Defense Contract Management Agency, DEFENSE CONTRACT MANAGEMENT AGE
Department of Defense, Defense Contract Management Agency, DCMA Headquarters, Office of the Directo
Department of the Air Force, AF Installation and Mission Support
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency, D
Department of the Army, Army Tank-Automotive and Armament Command (TACOM), Watervliet Arsenal,
Department of the Air Force, Air Force C2 & Intelligence, Surveillance & Reconnaissance
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency Ea
Department of Homeland Security, Citizenship and Immigration Services
Department of the Air Force, Air Force Personnel Center
Department of the Air Force, Air Force Personnel Center

Department of Homeland Security, U.S. Secret Service
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency, E
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency, E
Department of the Air Force, Air Education and Training Command
Department of the Air Force, AF Installation and Mission Support
Department of the Army, Army Tank-Automotive and Armament Command (TACOM), Watervliet Arsenal, I
Department of the Army, Army Tank-Automotive and Armament Command (TACOM), Watervliet Arsenal, I
Department of the Army, Army Installation Management Command, Office of the Garrison Commander
Department of the Army, Army Tank-Automotive and Armament Command (TACOM), Watervliet Arsenal, I
Department of Defense, Defense Contract Management Agency, DEFENSE CONTRACT MANAGEMENT AGEI
Department of the Air Force, Air Force C2 & Intelligence, Surveillance & Reconnaissance
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency, S
Department of the Army, Army Tank-Automotive and Armament Command (TACOM), Watervliet Arsenal, I
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency, E
Department of Defense, Defense Contract Management Agency, DCMA Headquarters, Contracts Executive
Department of Homeland Security, Federal Emergency Management Agency
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency, D
Department of the Army, U.S. Army Contracting Command, Army Contracting Command/41th Contracting
Department of the Army, Army Tank-Automotive and Armament Command (TACOM), Watervliet Arsenal, I
Department of the Army, U.S. Army Cyber Command
Department of the Army, U.S. Army Contracting Command, 410th CSB Regional Contracting Center (RCC)- M
Department of Defense, Defense Contract Management Agency, DEFENSE CONTRACT MANAGEMENT AGEI
Department of Defense, Defense Contract Management Agency, DEFENSE CONTRACT MANAGEMENT AGEI
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency, C
Department of the Army, Army Tank-Automotive and Armament Command (TACOM), Watervliet Arsenal, I
Department of Agriculture, Agriculture, Rural Development
Department of the Army, Army Tank-Automotive and Armament Command (TACOM), Watervliet Arsenal, I
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency, C
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency, C
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency, C
Department of Defense, Defense Contract Management Agency, DCMA EASTERN REGIONAL COMMAND D(
Department of Defense, Defense Contract Management Agency, DCMA HQ, Contracts Executive Directorat
Department of Defense, Defense Contract Management Agency, Eastern Regional Command, Naval Specia
Department of Defense, Defense Contract Management Agency, DEFENSE CONTRACT MANAGEMENT AGEI
Department of Defense, Defense Contract Management Agency, DCMA Western Regional Command, DCM,
Department of Homeland Security, Citizenship and Immigration Services, Field Operations Directorate, Offi
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency D(
Department of the Army, U.S. Army Contracting Command
Department of the Army, Army Installation Management Command, Office of the Acquisition Executive
Department of Defense, Defense Human Resources Activity, Defense Manpower Data Center (DMDC)
Department of the Army, Army Tank-Automotive and Armament Command (TACOM), Watervliet Arsenal, I
Department of Defense, Defense Contract Management Agency, Defense Management Agency, Special Pro
Department of Defense, Defense Human Resources Activity, Defense Manpower Data Center (DMDC)
Department of Defense, Defense Contract Management Agency, DCMA Western Region, Western Region C
Department of the Army, U.S. Army Contracting Command
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency D(
Department of the Air Force, AF Installation and Mission Support

Department of the Army, Army Tank-Automotive and Armament Command (TACOM), Watervliet Arsenal,
Department of the Air Force, Air National Guard Units
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency, C
Department of the Army, U.S. Army Contracting Command
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency, S
Department of Defense, Missile Defense Agency
Department of the Army, U.S. Army Cyber Command, U.S. Army Network Enterprise Technology Command
Department of Defense, Defense Contract Management Agency, DCMA Cost & Pricing Regional Command,
Department of Defense, Defense Contract Management Agency, DCMA Central Regional Command, A/C In
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency, D
Department of the Air Force, AF LIFE CYCLE MGT CE 0PZH
Department of Defense, Organization of the Joint Chiefs of Staff, Joint Staff (JS) Force Structure, Resources,
Department of Defense, Defense Contract Management Agency, DCMA Headquarters, Contracts Executive
Department of the Treasury, Internal Revenue Service
Department of Defense, Defense Contract Management Agency, DCMA Headquarters, Contracts Executive
Department of Defense, Defense Contract Management Agency, DCMA INTERNATIONAL COMMAND, DCM
Department of the Air Force, Air Education and Training Command
Department of Homeland Security, Citizenship and Immigration Services, FIELD OPERATIONS DIRECTORATE
Department of the Army, U.S. Army Corps of Engineers, Engineering And Construction Division
Department of Defense, Defense Contract Management Agency, DEFENSE CONTRACT MANAGEMENT AGEI
Department of Justice, Executive Office for U.S. Attorneys and the Office of the U.S. Attorneys, Northern Di
Department of Justice, Executive Office for U.S. Attorneys and the Office of the U.S. Attorneys, Northern Di
Department of Defense, Defense Contract Management Agency, DCMA Headquarters, Technical Executive
Department of the Air Force, Air National Guard Units
Department of the Air Force, Air Education and Training Command
Department of the Navy, Naval Facilities Engineering Command
Department of the Air Force, 38 CONTRACTING SQ
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency, C
Department of the Army, U.S. Military Academy, Department of Information & Educational Technology Div
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency, D
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency, D
Department of Defense, Defense Logistics Agency
Department of Defense, Defense Contract Management Agency, Eastern Regional Command, DCMA Hartfo
Department of the Army, U.S. Army Accession Command, US Army Recruiting Battalion
Department of Defense, Defense Contract Management Agency, DCMA Headquarters, Contracts Executive
Department of the Interior, National Park Service, Intermountain Regional Office
Department of the Army, Army Tank-Automotive and Armament Command (TACOM), Watervliet Arsenal, I
Department of Defense, Defense Contract Management Agency, DCMA Headquarters, Contracts Executive
Department of Defense, Defense Contract Management Agency, DEFENSE CONTRACT MANAGEMENT AGEI
Department of the Air Force
Department of Defense, Defense Contract Management Agency, DCMA INTERNATIONAL COMMAND, DCM
Department of the Treasury, Internal Revenue Service
Department of Defense, Defense Contract Management Agency, DCMA Western Regional Command, DCM
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency (D
Department of Homeland Security, Federal Emergency Management Agency
Department of the Air Force, Air Force Materiel Command
Department of the Air Force, Air Force Materiel Command

Department of the Air Force, Air Force Materiel Command
Department of Defense, Defense Contract Management Agency, DCMA Headquarters, Technical Executive
Department of the Air Force, Air National Guard Units
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency Ce
Department of the Army, U.S. Army Cyber Command, 7TH SIGNAL COMMAND (THEATER) 106TH SIGNAL BI
Department of the Army, U.S. Army Cyber Command, U.S. Army Network Enterprise Technology Command
Department of the Army, U.S. Army Contracting Command, Army Mission & Install Contracting Command -
Department of Defense, Defense Contract Management Agency, DEFENSE CONTRACT MANAGEMENT AGEI
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency, S
Department of Defense, Defense Contract Management Agency, DCMA Headquarters, Contracts Executive
Department of Defense, Defense Contract Management Agency, DCMA HEADQUARTERS, OFFICE OF THE D
Department of the Army, U.S. Army Contracting Command, Mission & Installation Contracting Command C
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency Sp
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency Sp
Department of the Navy, Naval Sea Systems Command
Department of the Air Force, AF LIFE CYCLE MGT CE 0PZH
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency, E
Department of the Army, Army National Guard Units
Department of Justice, Executive Office for U.S. Attorneys and the Office of the U.S. Attorneys
Department of the Navy, Commander, Navy Installations
Department of Defense, Defense Contract Management Agency, DEFENSE CONTRACT MANAGEMENT AGEI
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency, C
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency Ce
Department of the Army, Army Tank-Automotive and Armament Command (TACOM), Watervliet Arsenal, I
Department of the Army, Army Tank-Automotive and Armament Command (TACOM), Watervliet Arsenal, I
Department of Justice, Justice, Bureau of Prisons/Federal Prison System
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency, S
Department of the Army, U.S. Army Contracting Command, Army Contracting Command
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency D
Department of the Army, Army National Guard Units
Department of Defense, Defense Contract Management Agency, DCMA Headquarters, Cost & Pricing Regio
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency, S
Department of the Army, U.S. Army Accession Command
Department of the Army, Army Tank-Automotive and Armament Command (TACOM), Watervliet Arsenal, C
Department of the Air Force, AF Installation and Mission Support
Department of the Air Force, MTC  -  AF LIFE CYCLE MGT CE
Department of Veterans Affairs, Veterans Affairs, Veterans Health Administration, Office of Procurement a
Department of the Army, U.S. Army Corps of Engineers, USACE ENTERPRISE IT SERVICES (ACE-IT), Engineeri
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency Ea
Department of Justice, Executive Office for U.S. Attorneys and the Office of the U.S. Attorneys, Northern Di
Department of Justice, Executive Office for U.S. Attorneys and the Office of the U.S. Attorneys, Northern Di
Department of Veterans Affairs, Veterans Affairs, Veterans Health Administration, Office of Procurement a
Department of Defense, Defense Contract Management Agency, Central Regional Command DCMA Chicago
Department of the Air Force, Air Education and Training Command
Department of Commerce, National Oceanic and Atmospheric Administration
Department of the Navy, Naval Facilities Engineering Command
Department of the Army, U.S. Army Contracting Command, U.S. Army Mission and Installation Contracting

Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency, D
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency Sp
Department of the Navy, Naval Sea Systems Command
Department of the Army, U.S. Army Reserve Command, 377th Theater Sustainment Command
Department of the Army, U.S. Army Corps of Engineers
Department of the Army, U.S. Army Intelligence and Security Command
Department of the Army, Army National Guard Units
Department of the Army, U.S. Army Contracting Command, Army Contracting Command
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency, S
Department of Agriculture, Agricultural Research Service
Department of the Interior, Bureau of Land Management
Department of the Air Force, AFLCMC
Department of the Air Force, Air Education and Training Command
General Services Administration, Public Buildings Service
Department of Agriculture, Agriculture, Rural Development
Department of Homeland Security, U.S. Secret Service
Department of Homeland Security, U.S. Secret Service
Department of Defense, Defense Contract Management Agency, Eastern Regional Command, DCMA Hartfo
Department of Defense, Defense Contract Management Agency, DCMA Headquarters Contracts Executive
Department of the Navy, Naval Sea Systems Command, Naval Surface Warfare Center Carderock, Dania Bea
Department of Defense, Defense Contract Management Agency, DCMA Headquarters, Contract Executive F
Department of Energy
Department of Defense, Defense Contract Management Agency, Defense Contract Management Agency, S
Department of the Army, U.S. Army Contracting Command, Expeditionary Contracting Command - 410th CS
Department of the Air Force, AF LIFE CYCLE MGT CE 0PZH
Department of the Navy, Naval Air Systems Command

| Job State | Close Date | Last Apply | Last Status Update | Status | Archived |
|---|---|---|---|---|---|
| Closed | 8/15/2017 | 8/8/2017 | 8/8/2017 | Incomplete | FALSE |
| Closed | 8/17/2017 | 8/9/2017 | 9/20/2017 | Canceled | FALSE |
| Closed | 8/28/2017 | 8/28/2017 | 8/28/2017 | Received | FALSE |
| Closed | 9/5/2017 | 8/28/2017 | 10/1/2017 | Referred | FALSE |
| Closed | 9/4/2017 | 8/29/2017 | 9/22/2017 | Referred | FALSE |
| Closed | 8/30/2017 | 8/29/2017 | 9/23/2017 | Not Referred | FALSE |
| Closed | 9/1/2017 | 8/29/2017 | 9/12/2017 | Reviewed | FALSE |
| Closed | 9/18/2017 | 9/2/2017 | 9/25/2017 | Reviewed | FALSE |
| Closed | 9/15/2017 | 9/12/2017 | 11/7/2017 | Not Referred | FALSE |
| Closed | 9/14/2017 | 9/12/2017 | 12/18/2017 | Not Selected | FALSE |
| Closed | 10/2/2017 | 9/20/2017 | 9/20/2017 | Incomplete | FALSE |
| Closed | 9/28/2017 | 9/20/2017 | 9/20/2017 | Incomplete | FALSE |
| Closed | 10/2/2017 | 9/24/2017 | 11/4/2017 | Not Selected | FALSE |
| Closed | 9/27/2017 | 9/24/2017 | 10/5/2017 | Reviewed | FALSE |
| Closed | 10/4/2017 | 9/26/2017 | 10/18/2017 | Reviewed | FALSE |
| Closed | 10/10/2017 | 10/10/2017 | 11/7/2017 | Not Referred | FALSE |
| Closed | 10/12/2017 | 10/11/2017 | 11/6/2017 | Canceled | FALSE |
| Closed | 10/16/2017 | 10/11/2017 | 4/6/2018 | Not Referred | FALSE |
| Closed | 10/23/2017 | 10/17/2017 | 12/21/2017 | Not Selected | FALSE |
| Closed | 10/26/2017 | 10/17/2017 | 10/18/2017 | Received | FALSE |
| Closed | 10/26/2017 | 10/19/2017 | 12/18/2017 | Not Selected | FALSE |
| Closed | 11/2/2017 | 10/25/2017 | 5/8/2018 | Not Selected | FALSE |
| Closed | 11/14/2017 | 10/31/2017 | 11/17/2017 | Not Referred | FALSE |
| Closed | 11/3/2017 | 10/31/2017 | 11/22/2017 | Not Referred | FALSE |
| Closed | 11/3/2017 | 10/31/2017 | 11/4/2017 | Received | FALSE |
| Closed | 11/3/2017 | 11/1/2017 | 11/4/2017 | Received | FALSE |
| Closed | 11/2/2017 | 11/2/2017 | 11/4/2017 | Received | FALSE |
| Closed | 11/10/2017 | 11/2/2017 | 11/4/2017 | Received | FALSE |
| Closed | 11/16/2017 | 11/2/2017 | 1/30/2018 | Not Selected | FALSE |
| Closed | 11/13/2017 | 11/4/2017 | 2/13/2018 | Not Selected | FALSE |
| Closed | 11/15/2017 | 11/7/2017 | 2/14/2018 | Canceled | FALSE |
| Closed | 11/14/2017 | 11/7/2017 | 11/27/2017 | Not Referred | FALSE |
| Closed | 11/9/2017 | 11/7/2017 | 12/12/2017 | Not Referred | FALSE |
| Closed | 11/22/2017 | 11/14/2017 | 2/21/2018 | Not Selected | FALSE |
| Closed | 11/17/2017 | 11/14/2017 | 11/24/2017 | Not Referred | FALSE |
| Closed | 12/7/2017 | 11/29/2017 | 2/21/2018 | Not Selected | FALSE |
| Closed | 12/18/2017 | 11/30/2017 | 3/1/2018 | Not Selected | FALSE |
| Closed | 12/18/2017 | 12/5/2017 | 12/5/2017 | Incomplete | FALSE |
| Closed | 12/7/2017 | 12/5/2017 | 2/15/2018 | Not Selected | FALSE |
| Closed | 12/20/2017 | 12/12/2017 | 6/27/2018 | Not Selected | FALSE |
| Closed | 12/18/2017 | 12/12/2017 | 1/9/2018 | Not Referred | FALSE |
| Closed | 12/13/2017 | 12/12/2017 | 5/14/2018 | Not Selected | FALSE |
| Closed | 12/26/2017 | 12/14/2017 | 3/26/2018 | Not Selected | FALSE |
| Closed | 12/26/2017 | 12/15/2017 | 12/15/2017 | Incomplete | FALSE |
| Closed | 3/20/2018 | 12/15/2017 | 12/15/2017 | Incomplete | FALSE |
| Closed | 5/31/2018 | 12/15/2017 | 12/15/2017 | Received | FALSE |

P2P00004409

| | | | | | |
|---|---|---|---|---|---|
| Closed | 12/22/2017 | 12/17/2017 | 12/17/2017 | Received | FALSE |
| Closed | 1/5/2018 | 12/21/2017 | 1/12/2018 | Referred | FALSE |
| Closed | 1/11/2018 | 12/29/2017 | 3/13/2018 | Not Selected | FALSE |
| Closed | 1/8/2018 | 1/2/2018 | 3/12/2018 | Not Referred | FALSE |
| Closed | 1/10/2018 | 1/9/2018 | 3/6/2018 | Not Selected | FALSE |
| Closed | 1/25/2018 | 1/17/2018 | 6/21/2018 | Not Selected | FALSE |
| Closed | 1/26/2018 | 1/18/2018 | 6/21/2018 | Not Selected | FALSE |
| Closed | 1/26/2018 | 1/25/2018 | 1/25/2018 | Received | FALSE |
| Closed | 2/20/2018 | 2/14/2018 | 3/6/2018 | Not Referred | FALSE |
| Closed | 3/1/2018 | 2/21/2018 | 2/21/2018 | Incomplete | FALSE |
| Closed | 3/28/2018 | 3/20/2018 | 3/20/2018 | Received | FALSE |
| Closed | 3/30/2018 | 3/21/2018 | 5/8/2018 | Canceled | FALSE |
| Closed | 4/4/2018 | 3/27/2018 | 4/17/2018 | Not Referred | FALSE |
| Closed | 4/5/2018 | 3/27/2018 | 4/17/2018 | Not Referred | FALSE |
| Closed | 5/14/2018 | 5/4/2018 | 5/17/2018 | Not Referred | FALSE |
| Closed | 5/9/2018 | 5/5/2018 | 5/5/2018 | Received | FALSE |
| Closed | 5/21/2018 | 5/5/2018 | 5/5/2018 | Incomplete | FALSE |
| Closed | 5/18/2018 | 5/15/2018 | 5/29/2018 | Not Referred | FALSE |
| Closed | 7/27/2018 | 7/26/2018 | 7/26/2018 | Received | FALSE |
| Closed | 8/10/2018 | 8/7/2018 | 11/9/2018 | Not Selected | FALSE |
| Closed | 8/25/2018 | 8/21/2018 | 9/14/2018 | Not Referred | FALSE |
| Closed | 10/19/2018 | 10/12/2018 | 12/7/2018 | Not Selected | FALSE |
| Closed | 10/22/2018 | 10/18/2018 | 1/9/2019 | Not Selected | FALSE |
| Closed | 10/30/2018 | 10/19/2018 | 11/6/2018 | Referred | FALSE |
| Closed | 10/29/2018 | 10/20/2018 | 11/6/2018 | Not Referred | FALSE |
| Closed | 10/22/2018 | 10/20/2018 | 3/29/2019 | Not Hired | FALSE |
| Closed | 11/6/2018 | 11/1/2018 | 11/15/2018 | Not Referred | FALSE |
| Closed | 11/19/2018 | 11/1/2018 | 11/29/2018 | Not Referred | FALSE |
| Closed | 12/3/2018 | 11/26/2018 | 12/10/2018 | Referred | FALSE |
| Closed | 12/3/2018 | 11/26/2018 | 3/21/2019 | Not Selected | FALSE |
| Closed | 12/10/2018 | 11/29/2018 | 8/9/2019 | Not Selected | FALSE |
| Closed | 12/13/2018 | 12/10/2018 | 1/7/2019 | Not Referred | FALSE |
| Closed | 1/7/2019 | 1/1/2019 | 2/4/2019 | Not Selected | FALSE |
| Closed | 1/7/2019 | 1/1/2019 | 4/24/2019 | Not Selected | FALSE |
| Closed | 1/17/2019 | 1/1/2019 | 2/6/2019 | Not Referred | FALSE |
| Closed | 1/14/2019 | 1/11/2019 | 1/23/2019 | Canceled | FALSE |
| Closed | 1/23/2019 | 1/15/2019 | 3/11/2019 | Canceled | FALSE |
| Closed | 1/28/2019 | 1/18/2019 | 1/18/2019 | Received | FALSE |
| Closed | 1/25/2019 | 1/22/2019 | 2/14/2019 | Not Referred | FALSE |
| Closed | 2/4/2019 | 2/3/2019 | 2/3/2019 | Received | FALSE |
| Closed | 2/8/2019 | 2/3/2019 | 2/27/2019 | Referred | FALSE |
| Closed | 2/4/2019 | 2/3/2019 | 3/19/2019 | Not Selected | FALSE |
| Closed | 2/4/2019 | 2/3/2019 | 2/3/2019 | Received | FALSE |
| Closed | 2/12/2019 | 2/5/2019 | 2/28/2019 | Not Referred | FALSE |
| Closed | 2/11/2019 | 2/6/2019 | 3/2/2019 | Not Referred | FALSE |
| Closed | 2/21/2019 | 2/8/2019 | 7/18/2019 | Not Selected | FALSE |
| Closed | 2/12/2019 | 2/12/2019 | 2/12/2019 | Received | FALSE |

| | | | | | |
|---|---|---|---|---|---|
| Closed | 2/15/2019 | 2/12/2019 | 4/1/2019 | Not Selected | FALSE |
| Closed | 3/18/2019 | 2/15/2019 | 4/9/2019 | Canceled | FALSE |
| Closed | 3/4/2019 | 2/15/2019 | 6/21/2019 | Not Selected | TRUE |
| Closed | 3/14/2019 | 3/3/2019 | 3/19/2019 | Not Referred | FALSE |
| Closed | 3/4/2019 | 3/3/2019 | 3/30/2020 | Canceled | FALSE |
| Closed | 3/11/2019 | 3/5/2019 | 3/22/2019 | Referred | FALSE |
| Closed | 3/29/2019 | 3/26/2019 | 4/3/2019 | Not Referred | TRUE |
| Closed | 4/15/2019 | 4/2/2019 | 4/30/2019 | Not Referred | FALSE |
| Closed | 4/15/2019 | 4/9/2019 | 4/18/2019 | Not Referred | TRUE |
| Closed | 4/23/2019 | 4/12/2019 | 8/12/2019 | Not Selected | FALSE |
| Closed | 4/19/2019 | 4/16/2019 | 5/10/2019 | Not Referred | TRUE |
| Closed | 5/13/2019 | 5/1/2019 | 5/1/2019 | Received | FALSE |
| Closed | 5/16/2019 | 5/7/2019 | 5/9/2019 | Canceled | FALSE |
| Closed | 5/10/2019 | 5/7/2019 | 3/5/2020 | Not Referred | FALSE |
| Closed | 5/20/2019 | 5/9/2019 | 7/19/2019 | Not Selected | FALSE |
| Closed | 5/13/2019 | 5/12/2019 | 5/22/2019 | Not Referred | FALSE |
| Closed | 5/14/2019 | 5/14/2019 | 5/21/2019 | Not Referred | FALSE |
| Closed | 5/22/2019 | 5/14/2019 | 5/14/2019 | Received | FALSE |
| Closed | 5/28/2019 | 5/14/2019 | 8/20/2019 | Canceled | FALSE |
| Closed | 5/29/2019 | 5/16/2019 | 7/22/2019 | Not Selected | FALSE |
| Closed | 5/30/2019 | 5/17/2019 | 6/14/2019 | Referred | FALSE |
| Closed | 5/30/2019 | 5/17/2019 | 6/14/2019 | Not Referred | FALSE |
| Closed | 5/22/2019 | 5/17/2019 | 5/28/2019 | Not Referred | FALSE |
| Closed | 6/19/2019 | 5/21/2019 | 8/26/2019 | Canceled | FALSE |
| Closed | 5/21/2019 | 5/21/2019 | 6/18/2019 | Not Referred | FALSE |
| Closed | 1/13/2020 | 5/21/2019 | 7/16/2020 | Not Selected | FALSE |
| Closed | 5/22/2019 | 5/21/2019 | 9/27/2019 | Not Selected | FALSE |
| Closed | 6/4/2019 | 5/22/2019 | 8/16/2019 | Not Selected | FALSE |
| Closed | 5/28/2019 | 5/23/2019 | 7/26/2019 | Not Selected | FALSE |
| Closed | 6/5/2019 | 5/29/2019 | 7/18/2019 | Referred | FALSE |
| Closed | 6/12/2019 | 6/4/2019 | 9/10/2019 | Not Selected | FALSE |
| Closed | 6/11/2019 | 6/4/2019 | 6/14/2019 | Not Referred | FALSE |
| Closed | 6/18/2019 | 6/5/2019 | 6/24/2019 | Not Referred | FALSE |
| Closed | 6/10/2019 | 6/7/2019 | 8/12/2019 | Not Referred | FALSE |
| Closed | 6/11/2019 | 6/10/2019 | 6/10/2019 | Received | FALSE |
| Closed | 6/25/2019 | 6/13/2019 | 6/13/2019 | Received | FALSE |
| Closed | 6/24/2019 | 6/14/2019 | 7/22/2019 | Not Referred | FALSE |
| Closed | 10/15/2019 | 6/14/2019 | 9/27/2019 | Not Selected | TRUE |
| Closed | 6/24/2019 | 6/16/2019 | 9/13/2019 | Not Selected | FALSE |
| Open | 12/31/2020 | 6/16/2019 | 6/16/2019 | Incomplete | FALSE |
| Closed | 6/27/2019 | 6/17/2019 | 7/9/2019 | Not Referred | FALSE |
| Closed | 7/1/2019 | 6/26/2019 | 4/17/2020 | Not Referred | FALSE |
| Closed | 7/9/2019 | 6/26/2019 | 7/16/2019 | Referred | FALSE |
| Closed | 7/3/2019 | 6/26/2019 | 8/12/2019 | Not Selected | FALSE |
| Closed | 6/27/2019 | 6/26/2019 | 6/26/2019 | Received | FALSE |
| Closed | 6/28/2019 | 6/26/2019 | 9/4/2019 | Not Selected | FALSE |
| Closed | 6/28/2019 | 6/26/2019 | 8/6/2019 | Not Selected | FALSE |

P2P00004411

| | | | | | |
|---|---|---|---|---|---|
| Closed | 6/28/2019 | 6/26/2019 | 10/22/2019 | Not Referred | FALSE |
| Closed | 7/8/2019 | 6/27/2019 | 7/22/2019 | Not Referred | FALSE |
| Closed | 7/17/2019 | 7/3/2019 | 10/10/2019 | Not Referred | FALSE |
| Closed | 7/12/2019 | 7/9/2019 | 7/31/2019 | Not Referred | FALSE |
| Closed | 7/12/2019 | 7/9/2019 | 10/8/2019 | Not Selected | FALSE |
| Closed | 7/9/2019 | 7/9/2019 | 7/9/2019 | Not Referred | FALSE |
| Closed | 7/18/2019 | 7/16/2019 | 8/8/2019 | Not Referred | FALSE |
| Closed | 7/31/2019 | 7/19/2019 | 2/13/2020 | Not Selected | FALSE |
| Closed | 8/5/2019 | 7/25/2019 | 10/2/2019 | Canceled | FALSE |
| Closed | 8/9/2019 | 7/25/2019 | 9/9/2019 | Not Referred | FALSE |
| Closed | 8/5/2019 | 7/28/2019 | 10/23/2019 | Not Referred | FALSE |
| Closed | 8/15/2019 | 8/6/2019 | 9/12/2019 | Not Referred | FALSE |
| Closed | 9/10/2019 | 8/24/2019 | 12/2/2019 | Not Selected | FALSE |
| Closed | 8/26/2019 | 8/24/2019 | 3/5/2020 | Not Referred | FALSE |
| Closed | 8/30/2019 | 8/24/2019 | 10/29/2019 | Not Selected | FALSE |
| Closed | 9/24/2019 | 9/17/2019 | 9/17/2019 | Received | FALSE |
| Closed | 9/26/2019 | 9/17/2019 | 11/8/2019 | Not Selected | FALSE |
| Closed | 10/9/2019 | 9/25/2019 | 10/16/2019 | Not Referred | FALSE |
| Closed | 10/8/2019 | 9/26/2019 | 11/14/2019 | Referred | FALSE |
| Closed | 9/27/2019 | 9/26/2019 | 9/26/2019 | Incomplete | FALSE |
| Closed | 10/7/2019 | 9/28/2019 | 1/2/2020 | Not Selected | FALSE |
| Closed | 10/7/2019 | 9/28/2019 | 3/10/2020 | Not Selected | FALSE |
| Closed | 10/7/2019 | 10/2/2019 | 10/2/2019 | Incomplete | FALSE |
| Closed | 10/9/2019 | 10/2/2019 | 10/2/2019 | Received | FALSE |
| Closed | 10/11/2019 | 10/3/2019 | 1/13/2020 | Referred | FALSE |
| Closed | 12/20/2017 | 10/4/2019 | 11/30/2017 | In Progress | FALSE |
| Closed | 10/16/2019 | 10/8/2019 | 12/11/2019 | Not Selected | FALSE |
| Closed | 10/16/2019 | 10/12/2019 | 5/26/2020 | Canceled | FALSE |
| Closed | 10/18/2019 | 10/12/2019 | 1/29/2020 | Canceled | FALSE |
| Closed | 10/28/2019 | 10/12/2019 | 10/12/2019 | Incomplete | FALSE |
| Closed | 10/25/2019 | 10/25/2019 | 11/20/2019 | Not Selected | FALSE |
| Closed | 11/6/2019 | 10/29/2019 | 6/4/2020 | Canceled | FALSE |
| Closed | 2/24/2020 | 10/29/2019 | 2/3/2020 | Not Referred | FALSE |
| Closed | 11/18/2019 | 11/9/2019 | 11/9/2019 | Incomplete | FALSE |
| Closed | 11/12/2019 | 11/9/2019 | 12/20/2019 | Not Selected | FALSE |
| Closed | 12/23/2019 | 12/15/2019 | 3/10/2020 | Not Selected | FALSE |
| Closed | 1/7/2020 | 12/17/2019 | 12/17/2019 | Incomplete | TRUE |
| Closed | 12/27/2019 | 12/18/2019 | 1/19/2020 | Not Referred | FALSE |
| Closed | 12/31/2019 | 12/18/2019 | 2/27/2020 | Not Selected | FALSE |
| Closed | 1/6/2020 | 12/20/2019 | 4/17/2020 | Not Selected | FALSE |
| Closed | 1/6/2020 | 12/20/2019 | 1/16/2020 | Referred | FALSE |
| Closed | 12/26/2019 | 12/20/2019 | 12/20/2019 | Received | FALSE |
| Closed | 1/2/2020 | 12/20/2019 | 4/8/2020 | Canceled | FALSE |
| Closed | 1/6/2020 | 12/29/2019 | 1/8/2020 | Not Referred | TRUE |
| Closed | 1/6/2020 | 1/5/2020 | 1/7/2020 | Not Referred | TRUE |
| Open | 1/13/2021 | 1/15/2020 | 1/15/2020 | Incomplete | FALSE |
| Closed | 2/4/2020 | 1/18/2020 | 2/14/2020 | Not Referred | FALSE |

| Closed | 2/3/2020 | 1/25/2020 | 3/31/2020 | Canceled | FALSE |
|--------|----------|-----------|-----------|----------|-------|
| Closed | 2/12/2020 | 1/31/2020 | 4/14/2020 | Not Selected | FALSE |
| Closed | 2/13/2020 | 2/1/2020 | 2/20/2020 | Not Referred | TRUE |
| Closed | 2/19/2020 | 2/11/2020 | 2/11/2020 | Incomplete | FALSE |
| Closed | 5/8/2020 | 2/21/2020 | 2/21/2020 | Received | FALSE |
| Closed | 3/5/2020 | 2/26/2020 | 3/19/2020 | Not Referred | FALSE |
| Closed | 3/30/2020 | 3/1/2020 | 3/1/2020 | Received | TRUE |
| Closed | 3/9/2020 | 3/1/2020 | 3/1/2020 | Incomplete | FALSE |
| Closed | 3/19/2020 | 3/11/2020 | 6/4/2020 | Canceled | FALSE |
| Closed | 3/19/2020 | 3/16/2020 | 3/16/2020 | Received | FALSE |
| Closed | 4/3/2020 | 4/1/2020 | 6/26/2020 | Not Hired | FALSE |
| Closed | 4/24/2020 | 4/18/2020 | 4/18/2020 | Received | FALSE |
| Closed | 4/27/2020 | 4/25/2020 | 5/20/2020 | Canceled | FALSE |
| Closed | 5/12/2020 | 4/29/2020 | 4/29/2020 | Received | FALSE |
| Closed | 5/14/2020 | 5/2/2020 | 6/16/2020 | Not Referred | FALSE |
| Open | 5/7/2021 | 5/11/2020 | 7/27/2020 | Received | FALSE |
| Open | 5/7/2021 | 5/11/2020 | 7/9/2020 | Received | FALSE |
| Closed | 5/27/2020 | 5/13/2020 | 7/31/2020 | Not Selected | FALSE |
| Closed | 6/12/2020 | 5/30/2020 | 6/25/2020 | Not Referred | FALSE |
| Closed | 6/29/2020 | 6/20/2020 | 7/13/2020 | Not Referred | FALSE |
| Closed | 7/7/2020 | 6/20/2020 | 7/21/2020 | Not Referred | FALSE |
| Open | 9/30/2020 | 6/29/2020 | 2/21/2020 | Received | FALSE |
| Open | 8/10/2020 | 8/2/2020 | 8/1/2020 | Received | FALSE |
| Open | 8/6/2020 | 8/3/2020 | 8/3/2020 | Received | FALSE |
| Open | 8/11/2020 | 8/3/2020 | 8/3/2020 | Received | FALSE |
| Open | 8/11/2020 | 8/4/2020 | 8/4/2020 | Received | FALSE |

P2P00004413