From: Coffey, Minerva L CIV USARMY CHRA-SW (US)
Sent: Tuesday, January 20, 2015 3:11 PM
To:  Breitenbach, Charles F (Charlie) CIV USARMY CHRA-SW (US)
Subject:   FW: Post Referral (Supplemental List)- RPA # 204250 - GS - 1102-11  -
Milwaukee, WI (UNCLASSIFIED)
Signed By:  minerva.l.coffey@us.army.mil

Classification: UNCLASSIFIED
Caveats: NONE

Please cancel RPA, see below email.

Thank you and Have a Great Day!

Regards,
Minerva Coffey
Human Resources Specialist
Army Servicing Team
SWCPOC
301 Marshall Ave
Fort Riley, KS  66442
Phone number:  (785) 239-0844
Fax:  785-239-2401
Email:  minerva.l.coffey.civ@mail.mil

"Teamwork is the fuel that allows common people to attain uncommon results"
_____
To help us better support your needs, we invite you to evaluate our customer
service by using the DCMA Survey Tool, found at the link provided below.
Results are reported directly to DCMA, Human Capital Directorate.
http://webapps.dcma.mil/DCMASurvey/Surveys/TakeSurvey.aspx?surveyid=1667



-----Original Message-----
From: Bennett, Mark A. [mailto:Mark.Bennett@dcma.mil]
Sent: Tuesday, January 13, 2015 1:36 PM
To: Coffey, Minerva L CIV USARMY CHRA-SW (US)
Subject: RE: Post Referral (Supplemental List)- RPA # 204250 - GS - 1102-11
- Milwaukee, WI (UNCLASSIFIED)

Minerva...I'm requesting that the subject RPA be deleted.  We had four good
candidates on this last listing, but two declined interview and the one we
were selecting accepted another position and the other would not accept
without Step 10 and PCS.  We are already at the 80% and I feel that the pool
now has been depleted.  We will be submitting a new RPA to generate more
current candidates for the position.  I have returned the list with no

EXHIBIT
48

USA-00027551

selection in USA Staffing .

Please let me know if you need additional information.

Thanks,
Mark

Mark A. Bennett
Business Operations Group Leader
DCMAC-MCWA
Work: (414) 299-5630  Fax: (414) 299-5655
Cell: (414) 294-9850
mark.bennett@dcma.mil


-----Original Message-----
From: Coffey, Minerva L CIV USARMY CHRA-SW (US)
[mailto:minerva.l.coffey.civ@mail.mil]
Sent: Thursday, December 11, 2014 9:18 PM
To: Bennett, Mark A.
Cc: Jones, Tramaine V CIV USARMY CHRA-SW (US); Weldon, Sabrina E CIV USARMY
CHRA-SW (US); Coffey, Minerva L CIV USARMY CHRA-SW (US)
Subject: Post Referral (Supplemental List)- RPA # 204250 - GS - 1102-11 - Milwaukee, WI (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

Good Morning,
      The Supplemental referral list for RPA# 204250, Contract Administrator, GS 1102-11, Milwaukee, WI has been issued with suspense of 23 December 2014.

All applicants provided the required information as indicated in the announcement and met the requirements for the position were referred.

The specialized experience for this position was as follows:

To qualify, applicants must possess one year of specialized experience equivalent to the next lower grade/level (GS-09). Specialized experience is
defined as: experience negotiating contract prices and terms with contractors, reviewing contract proposals and drafting contract specifications.

If you have any questions or concerns in reference to this referral list, please do not hesitate to contact me


Thank you and Have a Great Day!

Regards,
Minerva Coffey

USA-00027552

```
Human Resources Specialist
Army Servicing Team
SWCPOC
301 Marshall Ave
Fort Riley, KS  66442
Phone number:  (785) 239-0844
Fax:  785-239-2401
Email:  minerva.l.coffey.civ@mail.mil

"Teamwork is the fuel that allows common people to attain uncommon
results"
_____
To help us better support your needs, we invite you to evaluate our
customer
service by using the DCMA Survey Tool, found at the link provided below.
Results are reported directly to DCMA, Human Capital Directorate.
http://webapps.dcma.mil/DCMASurvey/Surveys/TakeSurvey.aspx?surveyid=1667



Classification: UNCLASSIFIED
Caveats: NONE



Classification: UNCLASSIFIED
Caveats: NONE
```

USA-00027553