IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STAN LABER,

        Plaintiff,

v.                                                                      Case No. 18-1351-JWB

LLOYD J. AUSTIN, III, SECRETARY,
UNITED STATES DEPARTMENT OF DEFENSE,

        Defendant.

**ORDER**

This matter comes before the court on Plaintiff's motion for an extension of time and other requests. (Doc. 272.) Defendant objects to Plaintiff's motion in part. (Doc. 273.) Plaintiff's motion is GRANTED IN PART and DENIED IN PART for the reasons stated herein.

This matter is currently set for trial on February 6 and the in limine conference is set for January 25. Due to a criminal proceeding, which takes precedence over this civil matter, the in limine hearing is rescheduled to January 27 at 9:00 a.m. Plaintiff's motion requests leave to attend the in limine hearing remotely due to his concern of potentially contracting COVID-19. Plaintiff's request is denied. With respect to Plaintiff's inquiries regarding courtroom equipment, Plaintiff may contact the undersigned's courtroom deputy at the phone number available on the court's website to obtain this information. Further, Plaintiff requests to test his equipment on February 1. Due to a trial scheduled the week of January 30, it is unlikely that the court will be able to accommodate Plaintiff's request on February 1. Plaintiff may test his electronic equipment after the in limine hearing on January 27.

With respect to Plaintiff's inquiries regarding courtroom procedures and presenting testimony at trial, the court will address those issues at the in limine hearing. Plaintiff's request

for an "expedited entrance" is denied. (Doc. 272 at 2.) Individuals coming into the courthouse, including government counsel, do not receive an expedited entrance and must go through security. Plaintiff will be allowed to bring his cell phone into the courthouse and must abide by courtroom rules regarding the presence of cell phones in the courtroom including the prohibition on making recordings.

Finally, Plaintiff moves to extend the motion in limine deadline and the deadline for filing final witness and exhibit disclosures to January 10. Plaintiff's motion is granted. Plaintiff's motion to extend the deadline for motions for leave to present deposition testimony is denied. Any such motion must be filed on January 6. Plaintiff further requests that the court modify its scheduling order to indicate a date certain for deadlines instead of identifying the deadline by indicating the number of days prior to trial. Plaintiff's motion to modify the scheduling order is denied.

Plaintiff's motion is GRANTED IN PART and DENIED IN PART (Doc. 272) as set forth herein.

IT IS SO ORDERED this 5th day of January, 2023.

    ___s/ John W. Broomes_____
    JOHN W. BROOMES
    UNITED STATES DISTRICT JUDGE